## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**ALDERSON BROADDUS UNIVERSITY, INC., ET AL.,**      **Case No. 23-00427**
                                                     **Chapter 7**

**Debtors.[1]**

### NOTICE OF UPSET BID AND AUCTION

**PLEASE TAKE NOTICE** that, Thomas H. Fluharty, Chapter 7 Trustee for the administratively consolidated bankruptcy estates of Alderson Broaddus University, Inc. and Alderson-Broaddus Endowment Corporation, has received a timely upset bid in the amount of $5,000,000.00, an executed Purchase Agreement, and deposit in the amount of $10,000.00 from Craig G. Phillips for the purchase of the Debtors' real estate located at 101 College Hill Drive, Phillipi, West Virginia, along with furnishings, fixtures, equipment, and supplies. The Trustee hereby gives notice that an auction will be conducted by the Trustee during a recess of the Sale Hearing presently scheduled for **January 31, 2024, at 11:00 a.m.** at the Bankruptcy Courtroom, 324 West Main Street, Clarksburg, West Virginia. Authorized representatives of Craig G. Phillips and DACK Investments, LLC must be present to bid.

                                        Thomas H. Fluharty, Chapter 7 Trustee
                                        By Counsel,

/s/ Joe M. Supple
Joe M. Supple (WV Bar # 8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelaw.net

---

1 The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Alderson Broaddus University, Inc. (7072) and Alderson-Broaddus Endowment Corporation (2324).

## CERTIFICATE OF SERVICE

I, Joe M. Supple, counsel for the Trustee, certify that a true copy of the foregoing NOTICE OF UPSET BID AND AUCTION was served by this Court's CM/ECF system on January 26, 2024, to all parties having registered in this case under the Court's CM/ECF system.

**I further certify that a true copy of the foregoing notice was served on January 26, 2024, by email and U.S. Mail, postage prepaid, to:**

DACK Investments, LLC
8 Island Avenue
Buckhannon, West Virginia 26201

Seth Wilson, Esq.
Bowles Rice LLP
125 Granville Square, Suite 125
Morgantown, WV 26501
*Counsel for DACK Investments, LLC*
swilson@bowlesrice.com

Craig G. Phillips
1513 Harrison Ave Suite A-3
Elkins, West Virginia 26241
law.cgp@gmail.com

USDA – Rural Development
WV Office
1550 Earl Core Rd., Suite 101
Morgantown, WV 26505
shane.hastings@usda.gov <shane.hastings@usda.gov>;

Peoples Bank
c/o Robert A. Hunt, Vice President
201 Pennsylvania Avenue
Charleston, WV 25302

PNC Bank National Association
c/o Robert E. Walton, Esq.
Flamm Walton Heimbach

2

794 Penllyn Pike
Suite 100
Blue Bell, PA 19422-1669


/s/ Joe M. Supple
Joe M. Supple (W.Va. Bar No. 8013)
SUPPLE LAW OFFICE, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelawoffice.com