

David L. Bissett
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHEN DISTRICT OF WEST VIRGINIA

*In re*:

ALDERSON BROADDUS UNIVERSITY INC.    Case No. 2:23-bk-427

           Debtor.    Chapter 7

### O R D E R

On January 30, 2024, a telephonic preliminary hearing was held in the above-styled case to consider the Motion Of West Virginia Litigation Claimants For Relief From The Automatic Stay (Doc 116). Upon consideration of the representations of counsel and for reasons fully stated on the record, the court does hereby

**ORDER** that, in accordance with the provisions of 11 U.S.C. § 362(e)(1), the automatic stay will continue in effect pending the conclusion of the final hearing. It is further

**ORDERED** that a final hearing on the motion will be held on <u>February 28, 2024, at 11:00 a.m.</u>, in the U.S. Bankruptcy Courtroom located at 324 West Main Street, Clarksburg, West Virginia.

It is **FURTHER ORDERED** that the following rules shall govern the procedures at the final hearing:

(A)  Any reply briefs must be filed by February 23, 2024.

(B)  Any party intending to present testimony or other evidence at the final hearing shall, no later than 3 business days before the hearing, file with the Clerk and serve on all adverse parties and any trustee:

    1. Copies of all exhibits to the extent those documents have not already been filed with the Clerk; and

    2. A witness list providing the names and addresses of all witnesses to be called at the hearing, and a brief synopsis of the testimony expected to be elicited from each witness.

It is **FURTHER ORDERED** that the parties confer before the final hearing and, to the extent possible, be prepared to stipulate to the admission of exhibits, or agree to the exhibits for which admission is contested and the grounds therefor.  It is

**FURTHER ORDERED** that should any party fail to appear at the final hearing or comply with this Order, the Court may take such action as provided by law, including excluding evidence of testimony, dismissal or denial of the motion, granting the requested relief, or sanctions.