# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–2 | User: ad | Date Created: 1/30/2024 |
| Case: 2:23–bk–00427 | Form ID: pdfdoc | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Joe M. Supple | info@supplelawoffice.com |
| aty | Sarah C. Ellis | sarah.ellis@steptoe–johnson.com |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Alderson Broaddus University Inc. | P O Box 2035 | Philippi, WV 26416 |
| db | Alderson–Broaddus Endowment Corporation | 101 College Hill Dr. | Philippi, WV 26416 |

TOTAL: 2