# Notice Recipients

District/Off: 0424–2          User: ad                    Date Created: 2/2/2024
Case: 2:23–bk–00427           Form ID: pdfdoc             Total: 432

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 1676012 | Emilie Smith |
| 1676013 | Emily Rosier |
| 1676014 | Melissa Simmons |
| 1676015 | Michael Dilley |
| 1676017 | Rebecca Shumway |
| 1676018 | Roy Colbank |
| 1676019 | Shawn Foster |
| 1676020 | Sondra Hoxie |
| 1676021 | Teresa Bracken |
| 1676022 | Teresa McVicker |

TOTAL: 10

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Anthony J Majestro | amajestro@powellmajestro.com |
| aty | Bruce Michael Jacobs | bjacobs@spilmanlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Joe M. Supple | info@supplelawoffice.com |
| aty | Michael R. Proctor | mproctor@bowlesrice.com |
| aty | Morgan McKee | morgan.mckee@usdoj.gov |
| aty | Sarah C. Ellis | sarah.ellis@steptoe–johnson.com |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |
| aty | Steven L. Thomas | sthomas@kaycasto.com |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Alderson Broaddus University Inc.   P O Box 2035   Philippi, WV 26416 | |
| cr | Teresa Vanalsburg   c/o Spencer D. Elliott   Lewis Gianola PLLC   300 Summers Street, Suite 700   Charleston, WV 25301 | |
| acc | Brown, Edwards & Company, L.L.P   3906 Electric Road   Roanoke, VA 24018 | |
| db | Alderson–Broaddus Endowment Corporation   101 College Hill Dr.   Philippi, WV 26416 | |
| cr | United States Department of Agriculture, Farm Service Agency   1550 Earl L. Core Rd   Suite 102   Morgantown, WV 26505–5920 | |
| cr | United States Health Resources and Services Administration   5600 Fishers Lane   Rockville, MD 20857 | |
| cr | Samantha Croston   c/o Spencer D. Elliott   Lewis Gianola PLLC   300 Summers Street, Suite 700   Charleston, WV 25301 | |
| cr | DACK Investments, LLC   c/o Michael Proctor / Bowles Rice LLP   1800 Main St, Ste 200   Canonsburg, PA 15317 | |
| aty | Jami B. Nimeroff   Brown McGarry Nimeroff LLC   Two Penn Center, Suite 610   1500 John F. Kennedy Blvd   Philadelphia, PA 19102 | |
| 1673701 | Alderson Broaddus Education Endowment Corpora   P. O. Box 2004   Philippi   WV 26416 | |
| 1673702 | Alderson–Broaddus Endowment Corporation and s   101 College Hill Dr.   Philippi, WV 26416 | |
| 1673704 | American Express   20500 Belshaw Ave Ste A   Carson, CA 90746 | |
| 1673705 | Arnold D. Scott   14 Courtland Ave.   Stratham   NH 03885 | |
| 1673710 | CBIZ Insurance Services   200 Princeton South Corp. Cent   200 Charles Ewig Blvd   Ewing, NJ 08628 | |
| 1673711 | Cedric Bishop   c/o Michael A. LaBollita, Esq.   150 East 18th St., Suite PHR   New York, NY 10003 | |
| 1673712 | CIT   21146 Network Place   Chicago, IL 60673 | |
| 1673713 | City of Philippi   P. O. Box 460   Philippi, WV 26416 | |
| 1673714 | Citynet, LLC   100 Citynet Drive   Bridgeport, WV 26330 | |
| 1673715 | Constellation   PO Box 5473   Carol Stream, IL 61097 | |
| 1673716 | Dell Finance LLC   P O box 81577   Austin, TX 78708 | |
| 1673717 | Enterprise Rent–A–Car, Inc.   148 Carrier Way, Suite H   Scott Depot, WV 25560 | |
| 1673718 | First Insurance Funding Corp.   PO Box 7000   Carol Stream, IL 60197 | |
| 1673722 | Liaison International   311 Arsenal Street   Watertown, MA 02472 | |
| 1673723 | Longhouse Capital Advisors LLC   1240 W. Barry Ave.   Chicago, IL 60657 | |
| 1673724 | LRAP Risk Purchasing Group, LLC   1011 Warrenville Road Ste 100   Lisle, IL 60532 | |
| 1673726 | Peoples Bank   201 Pennsylvania Ave   Charleston, WV 25302 | |
| 1673727 | Philip E. Cline   PO Box 119   Huntington, WV 25706 | |
| 1673734 | Sutter Roofing & Metal Company, LLC   PO Box 2036   Clarksburg, WV 26302 | |
| 1673737 | The Registry   Attn: Amy Lauren Miller   3 Centennial Dr, Ste 320   Peabody, MA 01960 | |
| 1673740 | WesBanco Bank Wheeling   1 Bank Plaza   Wheeling, WV 26003 | |
| 1673741 | WV State Tax & Revenue   P O Box 766   Charleston, WV 25323 | |

| | | | | |
|---|---|---|---|---|
| 1673937 | D. Park Smith | Law Office of D. Park Smith | 250 Cherry Springs Road, Suite 200 | Hunt, TX 78024 |
| 1673938 | TK Elevator Corp. | c/o Law Office of D. Park Smith | 250 Cherry Springs Road, Suite 200 | Hunt, TX 78024 |
| 1674010 | Lawrence Jennings Tallman | 1938 Trinity Road | Belington, WV 26250 | |
| 1674032 | MBS Textbook Exchange, LLC | 2711 W. Ash Street | Columbia, MO 65203–4613 | |
| 1674044 | Andrea J. Bucklew | 3749 S Preston Hwy | Tunnelton, WV 26444 | |
| 1674045 | Lawn and Home Services | c/o Carrol Harris | 866 Teter Crossing Road | Buckhannon, WV 26201 |
| 1673707 | Barbour County Clerk | 26 North Main St. | Suite 1 | Philippi, WV 26416 |
| 1673708 | Barbour County Sheriff – Tax Office | 26 North Main St. | Philippi, WV 26416 | |
| 1674124 | 4Imprint | 101 Commerce St. | Oshkosh, WI 54901 | |
| 1674125 | A–1 Exterminating | Rt 1 Box 454–A | Clarksburg, WV 26301 | |
| 1674126 | Airgas USA LLC | 5355 Benedum Dr. | Shinnston, WV 26431 | |
| 1675821 | Stacey M. Rogers | Post Office Box 104 | Grafton, WV 26354 | |
| 1674129 | Amazon Capital Services Inc. | 410 Terry Ave N. | Seattle, WA 98109 | |
| 1674130 | Amazon.com Corporate Credit | Synchrony Bank | P O Box 530958 | Atlanta, GA 30353 |
| 1674132 | Andrea J. Bucklew | 3749 S. Preston Hwy | Tunnelton, WV 26444 | |
| 1674133 | Asset Management Technologies LLC | 17039 Kenton Dr. | Floor 2 | Cornelius, NC 28031 |
| 1674134 | Association for Advancing Quality in Educator | 173 Milkweed Dr. | Front Royal, VA 22630 | |
| 1674135 | Baker Tilly Us, Llp | Box 78975 | Milwaukee, WI 53278 | |
| 1674140 | Branded Custom Sportswear, Inc. | 7007 College Blvd. | Shawnee Mission, KS 66211 | |
| 1674141 | BSN Sports | P.O. Box 841393 | Dallas, TX 75284 | |
| 1677315 | Pig BellyEntertainment | 3064 ZOELLER ROAD | ALDEN, NY 14004 | |
| 1674144 | Caldwell & Gregory LLC | 129 Broad St. Rd. | Manakin Sabot, VA 23103 | |
| 1674145 | Carolina Biological Supply Company | 2700 York Rd. | Burlington, NC 27215 | |
| 1674146 | CaseMetro LLC | 520 Lincoln Ave | Suite 200 | Downingtown, PA 19335 |
| 1674147 | Casto Technical Services, Inc. | 540 Leon Sullivan Way | Charleston, WV 25301 | |
| 1677317 | DLL Finance LLC | PO Box 2000 | Johnston, IA 50131 | |
| 1674151 | Cengage Learning Inc. | 200 Pier 4 Blvd. | Boston, MA 02210 | |
| 1674152 | Chad Hostetler, MA LPC | Barbour County Health Dept. | 23 Wabash Ave. | Philippi, WV 26416 |
| 1674153 | Chem–Aqua Inc. | 2727 Chemsearch Blvd. | Irving, TX 75062 | |
| 1674154 | Cintas Corp. | 6800 Cintas Blvd. | Mason, OH 45040 | |
| 1677319 | Michael S. Garrison | Spilman Thomas & Battle | 48 Donley Street | Suite 800 | MORGANTOWN, WV 26507–0615 |
| 1674156 | CITCO Water | 4938 Benedum Dr. | Bridgeport, WV 26330 | |
| 1677320 | Mountain East Conference | 48 Donley Street | Suite 800 | MORGANTOWN, WV 26501–0615 |
| 1674159 | Civil War Trails Inc. | P O box 1862 | Williamsburg, VA 23187 | |
| 1677322 | NCH Corporation | 2727 Chemsearch Blvd. | Irving, TX 75062 | |
| 1677324 | Citynet LLC | 3600 University Ave | Morgantown, WV 26505 | |
| 1674163 | Continental Moulding Company | 5733 Webster St. | Dayton, OH 45414 | |
| 1674165 | Crest/Good Manufacturing Co. | 90 gordon Dr. | Syosset, NY 1791 | |
| 1674167 | Division of Water and Waste Management | WV Dept of Environmental Protection | 601 57th St. SE | Charleston, WV 25304 |
| 1674168 | Ecolab Inc. | 1 Ecolab Place | Saint Paul, MN 55102 | |
| 1674169 | Educational Computer Systems, Inc. | 1200 Cherrington Parkway | Suite 200 | Coraopolis, PA 15108 |
| 1674170 | Eide Bailly LLP | P O B 2545 | Fargo, ND 58108 | |
| 1674173 | Emilie M. Smith | 1303 Goff School Rd. | Belington, WV 26250 | |
| 1674174 | Employee | unpaid wages | | |
| 1674175 | Employee | unpaid wagers | | |
| 1674176 | employee | unpaid wages | | |
| 1674177 | Encoura, LLC | 600 Congress Ave. | Suite 14025 | Austin, TX 78701 |
| 1674180 | Filtech Inc. | 221 W 8th Ave | Homestead, PA 15120 | |
| 1674181 | First Insurance Funding Corp. | 450 Skokie Blvd. | Suite 1000 | Northbrook, IL 60062 |
| 1674182 | Fisher Auto Parts | P. O. Box 2246 | Staunton, VA 24402 | |
| 1674183 | Formax Manufacturing Corp | 168 Wealthy St. SW | Grand Rapids, MI 49503 | |
| 1674184 | Frontier Communications | 428 W. Main St. | Clarksburg, WV 26301 | |
| 1674186 | GE Precision Healthcare LLC | 3000 N. Grandview Blvd | Waukesha, WI 53188 | |
| 1674188 | Grainger | 100 Grainger Parkway | Lake Forest, IL 60045 | |
| 1674189 | Guest Supply LLC | 300 Davidson Ave | Somerset, NJ 08873 | |
| 1674190 | H. E. Neumann Company | 100 Middle Creek Rd. | Triadelphia, WV 26059 | |
| 1674191 | Hampton Inn Willow Grove | 1500 Easton Rd. | Willow Grove, PA 19090 | |
| 1674193 | Hawthorne Suites | 75 S View Dr. | Bridgeport, WV 26330 | |
| 1674194 | Higher Education Policy Commission | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV 25301 |
| 1674195 | HigherEdJobs | 715 Lake St. | Suite 400 | Oak Park, IL 60301 |
| 1674197 | Illume Media Group LLC | 1881 Harmony Grove Rd. | Grafton, WV 26354 | |
| 1674198 | Independent College Enterprise Inc | 2300 MacCorkle Avenue SE | Charleston, WV 25303 | |
| 1674199 | Internal Revenue Service | payroll tax | P O Box 7346 | Philadelphia, PA 19101 |
| 1674201 | John Deere Financial | Customer Service | P. O. Box 6600 | Johnston, IA 50131 |
| 1674203 | Johnstone Supply | 125 Platinum Dr. | Bridgeport, WV 26330 | |
| 1674204 | Kelly Generator & Equipment, Inc. | 50 technology Dr | Coal Center, PA 15423 | |
| 1674205 | Kevin M. Marshburn | Director of Residence Life – Belmont Abb | 100 Belmont Mt Hoolly Rd. | Belmont, NC 28012 |
| 1674207 | Lawn and Home Services | Attn: Carrol Harris | 866 Teter Crossing Rd. | Buckhannon, WV 26201 |
| 1674208 | Leonard's Grill | 238 W. Main St. | Grafton, WV 26354 | |

| | | | | |
|---|---|---|---|---|
| 1674211 | Lawes Company Inc | 1005 Lawes Blvd | Mooresville, NC 28117 | |
| 1674212 | LRAP Risk Purchasing Group, LLC | 1011 Warrenville Road Ste 100 | Lisle, IL 60532 | |
| 1674214 | MBS Textbook Exchange Inc. | 2711 W. Ash St. | Columbia, MO 65203 | |
| 1674218 | MIddletown Tractor Sales | 136 Billingsley Dr. | Buckhannon, WV 26201 | |
| 1674219 | Mock Medical Tools | P O Box 269 | Terril, IA 51364 | |
| 1674220 | MON Power | P O Box 3615 | Akron, OH 44309 | |
| 1674221 | Morgantown Printing & Binding | 915 Green Bag Rd. | Morgantown, WV 26508 | |
| 1674224 | National Association of College Stores | 528 E. Lorain St. | Oberlin, OH 44074 | |
| 1674226 | New Engler Flag & Banner | 12 Henshaw St. | Woburn, MA 01801 | |
| 1674227 | NewTech Systems Inc. | 1850 Dalton Ave. | Ashland, KY 41102 | |
| 1674228 | Oak Hall Industries | 251 Lee Hwy | Chilhowie, VA 24319 | |
| 1674231 | Paris Vaughan | Associate Head Track & Field Coach Leno | 625 7th Ave NE | Hickory, NC 28601 |
| 1674232 | PartnerShip LLC | 528 E. Lorain St. | Oberlin, OH 44074 | |
| 1674233 | Patel & Patel MD Inc. | 401 Division St | Suite 306 | Charleston, WV 25309 |
| 1674234 | Paula Daniels | Admission – Fairmont State University | 1201 Locust Ave. | Fairmont, WV 26554 |
| 1674235 | Payne Publishers | 8707 quarry Rd. | Manassas, VA 20110 | |
| 1674236 | Pearson Education Publishing Co. | 330 Hudson St. | New York, NY 10013 | |
| 1674242 | Pig Belly Entertainment | 3064 Zoeller Rd. | Alden, NY 14004 | |
| 1674250 | Pro–Vision Video Systems | 8625 Byron Commerce Dr. SW | Byron Center, MI 49315 | |
| 1674253 | Quinch USA Inc. | 630 Allendale Rd. | Suite 200 | King Of Prussia, PA 19406 |
| 1674254 | Rave Wireless Inc. | 492 Old Connecticut Path | Suite 2 | Framingham, MA 01701 |
| 1674255 | Refried Tees | 630 Belleville Ave. | New Bedford, MA 02745 | |
| 1674257 | Robertson Heating Supply Co. | 400 N. Ohio Ave | Clarksburg, WV 26301 | |
| 1674258 | Royal Glass LLc | 66 Spencer Dr. | Fairmont, WV 26554 | |
| 1674261 | Sherwin Williams | 101 W Prospect Ave. | Cleveland, OH 44115 | |
| 1674262 | Sodexo, Inc. & Affiliates | Campus Box 2152 | Philippi, WV 26416 | |
| 1674265 | Sprint Headquarters | 6200 Sprint Pkwy. | Shawnee Mission, KS 66251 | |
| 1674266 | Stallard Technologies Inc. | 16041 Marty Circle | Stilwell, KS 66085 | |
| 1674269 | Stewart's Sanitation | 415 Morgantown Pike | Belington, WV 26250 | |
| 1674270 | Sunset Outdoor Supply Inc. | 2184 Cheat Rd. | Morgantown, WV 26508 | |
| 1674273 | Talbott Glass | 1110 Cole Ave | Elkins, WV 26241 | |
| 1674275 | Teresa D. VanAlsburg | WV Wesleyan College | 59 College Ave. | Buckhannon, WV 26201 |
| 1674277 | The Fanatic Group | 301 Goolsby Blvd. | Deerfield Beach, FL 33442 | |
| 1674278 | The Philippi Municipal Building Commission | 344 S. Main St. | Philippi, WV 26416 | |
| 1674280 | The Registry | 3 Centennial Dr | Peabody, MA 01960 | |
| 1674281 | Thermo Fisher Financial Services Inc. | 168 Third Ave. | Waltham, MA 02451 | |
| 1674282 | Thermo Fisher Scientific Inc | 8365 Valley Pike | Middletown, VA 22645 | |
| 1674284 | TK Elevator | c/o Law Office of D. Park Smith | 250 Cherry Springs Rd., Suite 200 | Hunt, TX 78024 |
| 1674285 | Toyota Financial Services | P O Box 22171 | Tempe, AZ | |
| 1674288 | Unifirst Corporation | 68 Jonspin Rd. | Wilmington, MA 01887 | |
| 1674290 | University Frames Inc. | 3060 E Miraloma Ave | Anaheim, CA 92806 | |
| 1674292 | Vantage Custom Classics | 100 Vantage Dr. | Avenel, NJ 07001 | |
| 1674294 | Walnut Lane Floral | 220 N. Walnut St. | Philippi, WV 26416 | |
| 1674295 | WBRB–FM | 1065 Radio Park Dr. | Mount Clare, WV 26408 | |
| 1674297 | West Virginia Higher Education Policy Commiss | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV 25301 |
| 1674300 | WVICU | c/o Three Point Strategies LLC | P O box 7058 | Charleston, WV 25356 |
| 1674301 | Ysi Inc.. a Xylem brand | 1700 Brannum Lane | Yellow Springs, OH 45387 | |
| 1674304 | Chelsea Mayle | 153 Hanging Rock Road | Philippi, WV 26416 | |
| 1674305 | Edward Paul Burda | 1532 S. Davis Ave | Elkins, WV 26241 | |
| 1674306 | Carrie Bodkins | 30 6th Street | Belington, WV 26250 | |
| 1675822 | First Citizens Bank & Trust Company | PO Box 593007 | San Antonio, TX 78259 | |
| 1674316 | Bates Carpet & Furniture Center | 2829 Beverly Pike | Elkins, WV 26241 | |
| 1674317 | Beckley Pediatric Association Ltd | 30 Mallard Ct. | Beckley, WV 25801 | |
| 1674320 | Builder's Center Inc. | 1468 Lunice Creek Hwy | Petersburg, WV 26847 | |
| 1674322 | Caldwell & Gregory LLC | 129 Broad St. Rd. | Manakin Sabot, VA 23103 | |
| 1674325 | Casto Technical Services, Inc. | 540 Leon Sullivan Way | Charleston, WV 25301 | |
| 1674326 | CBORD Group Inc. | 950 Danby Rd. | Suite 100C | Ithaca, NY 14850 |
| 1674333 | Coffman's Electrical Service Inc. | 51 Aspen Lane | Elkins, WV 26241 | |
| 1674334 | Constellation Energy | 1310 Point St. | Baltimore, MD 21231 | |
| 1674336 | Council for Higher Education Accreditation | One Dupont Circle | Suite 510 | Washington, DC 20036 |
| 1674342 | Elsevier Inc. | 1600 John F. Kennedy Blvd. | Suite 1800 | Philadelphia, PA 19103 |
| 1674346 | Enterprise Car Rental | Tolls | 600 Corporate Park Dr. | Saint Louis, MO 63105 |
| 1674352 | Galls, Inc. | 1340 Russell Cave Rd. | Lexington, KY 40505 | |
| 1674354 | Graham–Simon Plumbing Co., LLC | 176 Simpson St. | Clarksburg, WV 26301 | |
| 1674359 | Hawkes Learning | 546 Long Point Rd. | Mount Pleasant, SC 29464 | |
| 1674362 | Highmark Blue Cross Blue Shield West Virginia | 614 Market St. | Parkersburg, WV 26101 | |
| 1677407 | Theresa D. McVicker | 15 Elk City Road | Philippi WV 26416 | |
| 1677408 | Irina V. Rodimtseva | 347 Satterfield Street | Fairmont, WV 26554 | |
| 1674366 | Johnson Controls Fire Protection | 3650 Concorde Parkway | Suite 200A | Chantilly, VA 20151 |
| 1674370 | LaQuentin Taylor | LaGrange College | 601 Broad St. | Lagrange, GA 30240 |
| 1674378 | Zoom Video Communications | 6601 college Blvd. | Suite 120 | Shawnee Mission, KS 66211 |
| 1674381 | McCarty's Portable Toilets | 2670 Berlin Rd. | Weston, WV 26452 | |
| 1674383 | MBS Textbook Exchange Inc. | 2711 W. Ash St. | Columbia, MO 65203 | |

```
1674384   McCarty's Portable Toilets       27301 Berlin Rd.     Weston, WV 26452
1674385   Merchants Automotive Group Inc.       1278 Hooksett Rd.     Hooksett, NH 03106
1674387   MIddletown Tractor Sales       136 Billingsley Dr.       Buckhannon, WV 26201
1674390   Mountaineer Gas Services LLC       P O Box 5201       Charleston, WV 25361
1674391   Mr. Mike Ross       29 Martin St.       Buckhannon, WV 26201
1674393   Nelnet Business Services       121 S 13th St. Lincoln, NE 68508
1677428   Sutter Roofing and Metal Company, Inc.       PO Box 2036       Clarksburg, WV 26302-2036
1674405   Peoples Bank       14 North Locust St.       Buckhannon, WV 26201
1674406   Peoples Bank       5 S. Main St.       Philippi, WV 26416
1674410   Philippi Baptist Church       69 Church St.       Philippi, WV 26416
1674412   Pitney Bowes Global Financial Services       3001 Summer St.       Stamford, CT 06905
1674413   Pitt Ohio Express LLC       15 27th St.       Pittsburgh, PA 15222
1674415   PNC Equipment Finance       PO Box 931034       Cleveland, OH 44193
1674416   Pocket Nurse       610 Frankfort Rd.       Monaca, PA 15061
1674417   Premier Bank Inc.       500 S. Minnesota Ave       Sioux Falls, SD 57104
1674420   Public Service Commission       P O box 812       Charleston, WV 25323
1674421   Purchasing Power LLC       2727 Paces Ferry Rd. SE       Building 2, Suite 1200       Atlanta, GA 30339
1674425   Rittenhouse Book Distributors Inc.       511 Feheley Dr.       King Of Prussia, PA 19406
1674429   Scenario Learning LLC       4890 W Kennedy Blvd Suite 300       Tampa, FL 33609
1674431   Sodexo, Inc. & Affiliates Campus       Box 2152       Philippi, WV 26416
1674432   SOSMetal Products Inc.       2495 E Tioga St.       Philadelphia, PA 19134
1674249   PrismRBS LLC       1501 Reedsdale Street       Suite 5000       Pittsburgh PA 15233
1674437   Sterling Publishing       33 East 17th St.       New York, NY 10003
1674440   Superior Environmental Services LLC       538 Country Club Road       Buckhannon, WV 26201
1674443   Taylor & Francis Group LLC       2385 NW Executive Center Dr. Suite 320       Boca Raton, FL 33431
1674446   The Fanatic Group       301 Goolsby Blvd.       Deerfield Beach, FL 33442
1674458   United Laboratories, Inc.       320 37th Ave.       Saint Charles, IL 60174
1674460   USDA Rural Development       Weston Area Office       24 Gateway Road       Weston, WV 26452
1674462   Visual Edge IT       1315 Buckhannon Pike       Clarksburg, WV 26301
1674476   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1674477   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1674478   Jesse E. Saffle       10727 Audra Park Road       Buckhannon, WV 26201
1673728   PNC BANK       Post Office Box 3429       Pittsburgh, PA 15230
1674379   Manpower       100 Manpower Place       Milwaukee, WI 53212
1674259   Mr. Joshua Russell Roberts       Administrator for the Estate of       Samuel K. Roberts       3431 Poplar Ave       Pittsburgh, PA 15234
1674577   MPB Print & Sign Superstore       915 Greenbag Road       Morgantown, WV 26508
1674230   Oxford University Press       Customer Service Dept       4000 Centregreen Way       Suite 310       Cary, NC 27513
1674598   Payne Publishers, Inc.       Attn: Accounting Department       8707 Quarry Rd       Manassas, VA 20110
1674599   Longhouse Capital Advisors, LLC       1240 W BARRY AVE       CHICAGO, IL 60657
1674619   Baker Tilly US, LLP       4807 Innovate Lane       Madison, WI 53718
1674634   H.E. Neumann Co.       100 Middle Creek Rd.       Triadelphia, WV 26059
1674766   The Sherwin Williams Company       2000 Georgetowne Dr., Suite 400       Sewickley, PA 15143
1674767   Timmy L. Mayle       76 Olive Hill Rd       Philippi, WV 26416
1674768   Kathy Dawn Wolfe       664 Whitman Run Rd       Philippi, WV 26416
1674801   PNC BANK NATIONAL ASSOCIATION       ROBERT E. WALTON       FLAMM WALTON HEIMBACH       794 PENLLYN PIKE, SUITE 100       BLUE BELL, PA 19422-1669
1674822   Derek Watkins LLC dba Leonard's Grill       238 W Main Street       Grafton, WV 26354
1674941   U.S. Department of Labor / Employee Benefits Security Administration       1335 East-West Highway, Suite 200       Silver Spring, MD 20910
1674942   Alderson Broaddus University 403(b) DC Plan       1335 East-West Highway, Suite 200       Silver Spring, MD 20910
1675277   Mock Medical, LLC.       Post Office Box 269       Terril, Iowa 51364
1675278   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675279   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675280   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675281   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675282   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675283   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675284   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675285   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675286   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675287   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675288   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675289   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675290   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675291   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675292   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675293   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675294   AMEX TRS Co., Inc.       c/o Becket and Lee LLP       PO Box 3001       Malvern PA 19355-0701
1675300   Christopher Brian Knotts       Post Office Box 4104       Clarksburg, WV 26302
1675301   Angela D. Vanscoy       5110 Nestorville Road       Philippi, WV 26416
1675302   Robert and Chrystal Kelley       Post Office Box 224       West Milford, WV 26451
1675318   A-1 EXTERMINATING CO., INC.       2304 GOOD HOPE PIKE       CLARKSBURG, WV 26301       ATTN: SAM CAPUTO     ,
1675323   Terry Grudi       Post Office Box 152       Philippi, WV 26416
1675324   Cary Lindgren Walters       15939 Allegheny Hwy       Bowden, WV 26254
```

| | | | | |
|---|---|---|---|---|
| 1675395 | B&B Zakkour Thompson, PLLC | Post Office Box 1819 | Elkins WV 26241 | |
| 1675396 | Bates Carpet & Furniture Center | Post Office Box 2772 | Elkins, WV 26241 | |
| 1675397 | Kari Sisk | 294 Greystone Drive | Philippi, WV 26416 | |
| 1675398 | Nathan Satzer | 408 Civitan Street | Morgantown, WV 26505 | |
| 1675399 | Neeley Satzer | 408 Civitan Street | Morgantown, WV 26505 | |
| 1675506 | Manpower of WV, Inc. | PO Box 385 | Huntington, WV 25708-0385 | |
| 1675544 | CITCO Water | 4034 Altizer Avenue | Huntington, WV 25705 | |
| 1675678 | Karla Renee Hively | 50 Pine Glen Drive | Philippi, WV 26416 | |
| 1675776 | James Martin Owston | Post Office Box 5202 | Beckley WV 25801 | |
| 1675778 | James T. Barry | 13433 Ballentine Street | Overland Park, KS 66213 | |
| 1675779 | David A. Delauder | 2708 Fountain Lane | Vinton, VA 24179-1502 | |
| 1674172 | Emad Mousa | c/o Alpha Addiction Advocates Treatment | 1043 Harding Memorial Phwy | Marion, OH 43302 |
| 1674200 | Irvin & Toedt LLC | 213 Wasbash Ave | Buckhannon, WV 26201 | |
| 1674217 | Michael D. Kochka | Wheeling University | 316 Washington Ave | Wheeling WV 26003 |
| 1674267 | State Electric Supply | 2010 2nd Avenue | Huntington, WV 25703 | |
| 1674283 | Thomas Frank Moore PA-C | 7210 Scottsdale Road | Fairmont WV 26554 | |
| 1674229 | Oak Hill Publishing Company | Box 6473 | Naperville IL 60567 | |
| 1674298 | World Fuel Services Inc. | 9800 Northwest 41st Street | Suite 400 | Miami, FL 33178 |
| 1673703 | Alexanderia Herron on behalf of others simila | c/o Anthony Majestro, Esq. | 405 Capital Street Suite 1200 | Charleston, WV 25301 |
| 1674264 | Specialty Chemical Company | 2018 King Edward Ave SE | Cleveland TN 37311 | |
| 1674286 | Tri-State Roofing & Sheet Metal Company Inc | 101 South Meadville Road | Davisville WV 26142 | |
| 1674287 | Turnitin, LLC | 2101 Webster St. | Suite 1800 | Oakland, CA 94612-2946 |
| 1673735 | Teresa Van Alsburg on behalf of other similar | c/o Anthony Majestro, Esq. | 405 Capitol St., Suite 1200 | Charleston, WV 25301 |
| 1675880 | Constellation NewEnergy – Gas Division, LLC | 1310 Point Street | Baltimore, MD 21231 | |
| 1675886 | Lora R. Bryant | 713 Natural Bridge Road | French Creek, WV 26218 | |
| 1676009 | Ford Motor Credit – Leased | PO Box 65057 | Dallas TX 76265 | |
| 1676016 | Phillip Northey | 214 Westwood Ave. | Bridgeport, WV 26330 | |
| 1676023 | AAA South Central Ohio | 1414 12th St. | Portsmouth, OH, 45662 | |
| 1676024 | AAQEP    Assoc for Advancing Quality in Educator | 173 Milkweed Dr. | Front Royal, VA, 22630 | |
| 1676025 | Almabase, Inc. | 2443 Fillmore St. | San Francisco, CA, 94115 | |
| 1676026 | American Benefit Corporation | 9200 US Route 60 | Ona, WV, 25545 | |
| 1676027 | American Fence Co LLC | 200 7th St. | Fairmont, WV, 26554 | |
| 1676028 | Apperson | P O Box 480309 | Charlotte, NC, 28269 | |
| 1676029 | Arete Advisors LLC | 1800 Bering Dr. #940 | Houston, TX, 77057 | |
| 1676030 | Barbour County Chamber of Commerce | Box 2124 | Philippi, WV, 26416 | |
| 1676031 | Blackbaud | 65 Fairchild St. | Charleston, SC, 29492 | |
| 1676032 | Blaine Window Hardware Inc | 17319 Blaine Dr. | Hagerstown, MD, 21740 | |
| 1676033 | Blueville Laundry | 226 Lincoln St. | Grafton, WV, 26354 | |
| 1676034 | BMI | 10 Music Sq. E. | Nashville, TN, 37203 | |
| 1676035 | Carpenter Bus LLC | 132 Royal Oaks Blvd | Franklin, TN, 37067 | |
| 1676036 | Carrier Enterprise | 4300 Golf Acres Dr. | Charlotte, NC, 28208 | |
| 1676037 | CDW Government Inc. | 7927 Jones Branch Dr. | McLean, VA, 22102 | |
| 1676038 | ClubCar LLC | P O Box 204658 | Augusta, GA, 30917 | |
| 1676039 | College House | 3495 Piedmont Rd. NE | Building 12, Suite 402 | Atlanta, GA, 30305 |
| 1676040 | Collegiate Enterprise Soluions | 3 Centennial Dr. #50G | Peabody, MA, 01960 | |
| 1676041 | Community Foundation of the Chattahoochee Valley | 1340 13th St. | Columbus, GA, 31901 | |
| 1676042 | Consensus Cloud Solutions | 700 S. Flower St. | 15th Floor | Los Angeles, CA, 90017 |
| 1676043 | Creative Knitware Inc. | P O box 921852 | Norcross, GA, 30010 | |
| 1676044 | Cross Pump & Equipment co. | 5014 Raven Dr. | Charleston, WV, 25306 | |
| 1676045 | Davis Consulting Group LLC | 18570 Windsor Forest Rd. | Mount Airy, MD, 21771 | |
| 1676046 | eFax Corporate | 700 Flower St. | 15th Fl | Los Angeles, CA, 90017 |
| 1676047 | Embassy Suites | 7930 Jones Branch Dr. | McLean, VA, 22102 | |
| 1676048 | FedEX | 942 South Shady Grove Rd. | Memphis, TN, 38120 | |
| 1676049 | Ferguson Enterprises Inc. | 751 Lakefront Commons | Newport News, VA, 23606 | |
| 1676050 | First Citizens Bank & Trust Co. | 2807 Jefferson St. N | Lewisburg, WV, 24901 | |
| 1676051 | Franklin Athletic Boosters | 750 E 4th St. | Franklin, OH, 45005 | |
| 1676052 | Gas & Oil Association of West Virginia | 300 Suymmers St. Suite 820 | Charleston, WV, 25301 | |
| 1676053 | Health Equipment Services | 29 S. Sixth St. | Suite 203 | Indiana, PA, 15701 |
| 1676054 | HUDL | 29775 Network Place | Chicago, IL, 60673 | |
| 1676055 | J F Allen Company | 5856 Saltwell Rd. | Bridgeport, WV, 26330 | |
| 1676056 | Jardine Associates | 200 Compass Circle | North Kingstown, RI, 02852 | |
| 1676086 | Journeyed.com, Inc. | 80 E McDermott Dr | Allen, TX, 75002 | |
| 1676087 | Kaiser's Coffee & Candy Inc | 1065 Point Pleasant Rd | Belington, WV, 26250 | |
| 1676088 | Land of Canaan Homeowner's Association Inc. | 99 EFG Dr. | Davis, WV, 26260 | |
| 1676089 | Loeb & Loeb LLP | 345 Park Ave | New York, NY, 10154 | |
| 1676090 | Marion County Sheriff    Tax Office | 200 Jackson St., #101 | Fairmont, WV, 26554 | |
| 1676091 | Martin's Turf Care | 86 Ranch Rd. | Fairmont, WV, 26554 | |
| 1676092 | Maryland Child Support | P O box 17396 | Baltimore, MD, 21297 | |
| 1676093 | McAllister & Quinn | 1625 Eye St. NW | suite 750 | Washington, DC, 20006 |
| 1676094 | McCoy's Elevator Inspection LLC | 317 Poplar Dr. | Scott Depot, WV, 25560 | |
| 1676095 | MCM Business Systems | 1315 Buckhannon Pike | Clarksburg, WV, 26301 | |
| 1676096 | Medco Supply Inc. | P O Box 234038 | Encinitas, CA, 92023 | |
| 1676097 | Micrologic, Inc. | P O Box 328 | Buckhannon, WV, 26201 | |
| 1676098 | National League for Nursing | 2600 Virginia Ave, NW | 8th Floor | Washington, DC, 20037 |

| | | | | |
|---|---|---|---|---|
| 1676099 | NC Consulting (CLA) Inc | 400 Concar Dr | San Mateo, CA 94401 | |
| 1676122 | New Pinnacle Consulting Grou[ | 19825 B N Cover Rd. #105 | Cornelius, NC, 28031 | |
| 1676123 | Nordic Co., Inc. | 5 Tripps Lane | Riverside, RI, 02915 | |
| 1676124 | Northwestern Mutual Life Insurance Co. | 99 Cambridge Place | Bridgeport, WV, 26630 | |
| 1676125 | Notifii LLC Software | 8150 Sierra College Blvd. | Suite 230 | Roseville, CA, 95661 |
| 1676126 | Omnigo Software | 10430 Baur Blvd #1905 | Saint Louis, MO, 63132 | |
| 1676127 | PA Turnpike Poll by Plate | 300 East Park Dr. | Harrisburg, PA, 17111 | |
| 1676128 | Physician Assistant Education Association (PAEA) | 655 K St. NW | Suite 700 | Washington, DC, 20001 |
| 1676129 | Principal Life Insurance Co. | P O box 10431 | Des Moines, IA, 50306 | |
| 1676130 | Pro Tuff Decals | 7505 Eastgate Rd. | Crystal Lake, IL, 60014 | |
| 1676131 | Regroup Mass Notification | 3400 N. Central Expy | #110–256 | Richardson, TX, 75080 |
| 1676132 | Roane County Sheriff | Tax Department | 200 Main St. | Spencer, WV, 25276 |
| 1676134 | SESAC Inc | Society of European State Authors and Composers | 35 Music Sq. E | Nashville, TN, 37203 |
| 1676135 | Sigma–Aldrich, Inc. | P O Box 14508 | Omaha, NE, 68178 | |
| 1676136 | Source4 | 19520 W. Catawba Ave | Suite 113 | Cornelius, NC, 28031 |
| 1676137 | Stationers, Inc. | 100 Co Rd 2/19 | Huntington, WV, 25702 | |
| 1676138 | Tennant Company | 10400 Clean St. | Eden Prairie, MN, 55344 | |
| 1676139 | Texas Book Company | 8501 Technology Cir | Greenville, TX, 75402 | |
| 1676140 | The Inter–Mountain | 520 Railroad Ave. | Elkins, WV, 26241 | |
| 1676142 | The Standard Insurance Company | 1100 SW Sixth Ave. | Portland, OR, 97204 | |
| 1676143 | The Wall Street Journal | Customer Service | 1211 Avenue of the Americas | New York, NY, 10036 |
| 1676144 | TimeClock Plus Software | 11902 Burnet Rd. | Suite 350 | Austin, TX, 78758 |
| 1676145 | Triform Custom Apparel | 7007 College Blvd | #240 | Shawnee Mission, KS, 66211 |
| 1676146 | Unite | 2202 Farleigh Rd. | Columbus, OH, 43221 | |
| 1676147 | United States Postal Service | 105 Railroad St. | Philippi, WV, 26416 | |
| 1676148 | US Department of Labor | Alderson Broaddus University 403(b) DC P | 1335 East–West Highway Suite 200 | Silver Spring, MD, 20910 |
| 1676149 | VoIP Supply | 80 Pineview Dr | Buffalo, NY, 14228 | |
| 1676150 | W&W Quick Pit and Car Wash | 15920 Barbour County Hwy | Philippi, WV, 26416 | |
| 1676151 | Waterlogic USA | 77 McCullough Dr | #9 | New Castle, DE, 19720 |
| 1676152 | West Virginia Division of Labor | 1900 Kanawha Blvd E | Build 3 Room 200 | Charleston, WV, 25305 |
| 1676153 | West Virginia Wesleyan College | 59 College Ave. | Buckhannon, WV, 26201 | |
| 1676154 | Westcom Wireless | 2733 Leechburg RD | New Kensington, PA, 15068 | |
| 1676155 | WEX Bank by Raisin | 111 East Sego Lilly Dr. | Midvale, UT, 84047 | |
| 1676156 | Workforce West Virginia | 153 West Main St. | Suite B | Clarksburg, WV, 26301 |
| 1676157 | WV Dept of Environmental Protection | Division of Water and Waste Management | 601 57th St. SE | Charleston, WV, 25304 |
| 1676158 | WVCFN – West Virginia Nursing Scholarship Program | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV, 25301 |
| 1676159 | Zoho Corp. | 4141 Hacienda Dr | Napa, CA, 94558 | |
| 1676160 | Blackbaud Raiser's Edge | 65 Fairchild St. | Charleston, SC, 29492 | |
| 1676161 | CIT Finance LLC | 10201 Centurion Parkway N. | #100 | Jacksonville, FL, 32256 |
| 1676162 | FACTS Management Company | 100 North 56th St. | Suite 306 | Lincoln, NE, 685 |
| 1676163 | Arellano University | 2600 Legarda St. | Sampaloc, Manila Philippines | |
| 1676181 | ThyssenKrupp Elevator | 901 Morris St. | Charleston, WV, 25301 | |
| 1676182 | Connect for Education | 620 Herndon Parkway | Suite 200 | Herndon, VA, 20170 |
| 1676183 | Pepsico | 700 Anderson Hill Rd. | Purchase, NY, 10577 | |
| 1676184 | MedProctor LLC | 2126 21st Ave S. | Nashville, TN, 37212 | |
| 1676185 | Passageways | 8 North 3rd St. | Suite 101 | Lafayette, IN, 47901 |
| 1676186 | Xerox | 201 Merritt 7 | Norwalk, CT, 06851 | |
| 1676187 | Northeast Natural Energy LLC | 707 Virginia St E | Suite 1200 | Charleston, WV, 25301 |
| 1676903 | Danny Lee Franke | 161 Hilltop Drive | Philippi WV 26416 | |
| 1676917 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1676133 | Robert and Chrystal Kelley | P O Box 224 | West Milford, WV, 26451 | |
| 1676011 | Deanna Leach | 223 Dunkin Ave | Bridgeport, WV 25330 | |
| 1677112 | Austin H. O'Conner | 1527 7th Avenue | Charleston, WV 25387 | |
| 1677664 | Emily J. Rosier | 643 Tacy Sunshine Rdg. Road | Philippi, WV 26416 | |
| 1677676 | Alderson–Broaddus Endowment Corporation | 101 College Hill Dr. | Philippi, WV 26416–4600 | |
| 1677677 | Barbour County Sheriff – Tax Office | 8 North Main St. | Philippi, WV 26416–1121 | |
| 1677678 | City of Philippi | P O Box 460 | Philippi, WV 26416–0460 | |
| 1677679 | Freedom Bank | Philippi Branch | 124 S. Main St. | Philippi, WV 26416 |
| 1677680 | Internal Revenue Service | Central Insolvency | P O Box 7346 | Philadelphia, PA 19101–7346 |
| 1677681 | Internal Revenue Service | Centralized Insolvency | P O Box 7346 | Philadelphia, PA 19101–7346 |
| 1677682 | Nesco, Inc. | 709 MIddletown Rd. | Fairmont, WV 26554–5451 | |
| 1677683 | Peoples' Bank | 1200 3rd Ave. | Huntington, WV 25701–1510 | |
| 1677684 | Petroleum Development Corp. | P O Box 26 | Bridgeport, WV 26330–0026 | |
| 1677685 | Philippi Municipal Building Commission | Wells Fargo – Master Trustee | 344 S. Main St. | Philippi, WV 26416–1252 |
| 1677686 | Preston County Sheriff | Tax Office | 103 W. Main St. | Kingwood, WV 26537–1135 |
| 1677687 | Roane County Sheriff | Tax Office | 200 Main St. | Spencer, WV 25276–1411 |
| 1677688 | Tucker County Sherriff | Tax Office | 215 1st St. | Parsons, WV 26287–1277 |
| 1677689 | U. S. Attorney's Office | Northern District of West Virginia | P. O. Box 591 | Wheeling, WV 26003–0011 |

| | | | | |
|---|---|---|---|---|
| 1677690 | USDA - Rural Development | WV Office | 2500 Earl Core Rd, Suite 101 | Morgantown, WV 26505–5920 |
| 1677691 | USDA Rural Development | WV Office | 1550 Earl Core Rd, Suite 101 | Morgantown, WV 26505–5920 |
| 1677692 | United States Trustee | 2025 United States Courthouse | 300 Virginia Street East | Charleston, WV 25301–2503 |
| 1677693 | WV Department of Environmental Protection | 601 57th St., SE | Charleston, WV 25304–2300 | |
| 1677694 | WV State Tax & Revenue | Bankruptcy Unit | P O box 766 | Charleston, WV 25323–0766 |
| 1677695 | WV State Tax & Revenue | P O Box 766 | Charleston, WV 25323–0766 | |
| 1677696 | Workforce WV | 40 Commerce Dr. | Suite 200 | Morgantown, WV 26501–3952 |
| 1677697 | Sarah C. Ellis | Steptoe and Johnson | P.O. Box 1588 | Charleston, WV 25326–1588 |
| 1677698 | Thomas Fluharty | 408 Lee Avenue | Clarksburg, WV 26301–3638 | |
| 1677699 | Sodexo and its affiliates | Adrienne Vadell Sturges, VP & Assoc. Gen Counsel | 915 Meeting Street, 15th Floor | North Bethesda, MD 20852 |
| 1677700 | Independent College Enterprise, Inc. | c/o Bruce M. Jacobs | Spilman Thomas & Battle, PLLC | 300 Kanawha Boulevard, East     Charleston, WV 25301 |
| 1677701 | Liaison International LLC | 311 Arsenal Street, Suite 5600 | Watertown, MA 02472 | , |
| 1677702 | Othot, Inc. | 311 Arsenal Street, Suite 5600 | Watertown, MA 02472 | , |
| 1677730 | Pitney Bowes Global Financial Services LLC | 27 Waterview Drive | Shelton, CT 06484 | |
| 1677734 | City of Phillipi | PO Box 460 | Phillipi, WV 26416 | |
| 1677735 | Peoples Bank | 201 Pennsylvania Avenue | Charleston, WV 25302 | |
| 1677736 | Teresa Vanalsburg, indiv & on behalf of class pled | c/o Anthony J. Majestro, Esq. | Powell & Majestro PLLC | 405 Capitol Street, Suite 807     Charleston, WV 25301 |
| 1677737 | Samantha Croston, indiv & on behalf of class pled | c/o Anthony J. Majestro, Esq. | Powell & Majestro PLLC | 405 Capitol Street, Suite 807     Charleston, WV 25301 |
| 1677893 | Tammy Jean Tallman | 1938 Trinity Road | Belington, WV 26250 | |
| 1677896 | Bailey Fedun | 393 Raymondskill Road | Milford PA 18337 | |
| 1677933 | Pitney Bowes Inc | 27 Waterview Dr, 3rd Fl | Shelton, CT 06484 | |
| 1677950 | U.S. Department of Education | 400 Maryland Ave, SW | Washington, DC, 20202 | |
| 1678094 | Lykins Energy Solutions | 9800 NW 41 Street | Miami, FL 33178 | |

TOTAL: 410