# Notice Recipients

District/Off: 0424−2   User: ad   Date Created: 5/13/2024
Case: 2:23−bk−00427   Form ID: pdfdoc   Total: 439

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
1676012   Emilie Smith
1676013   Emily Rosier
1676014   Melissa Simmons
1676015   Michael Dilley
1676017   Rebecca Shumway
1676018   Roy Colbank
1676019   Shawn Foster
1676020   Sondra Hoxie
1676021   Teresa Bracken
1676022   Teresa McVicker

TOTAL: 10

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   ustpregion04.ct.ecf@usdoj.gov
tr   Thomas Fluharty   thfaal@aol.com
aty   Anthony J Majestro   amajestro@powellmajestro.com
aty   Bruce Michael Jacobs   bjacobs@spilmanlaw.com
aty   Gary O. Kinder   gary.o.kinder@usdoj.gov
aty   Joe M. Supple   info@supplelawoffice.com
aty   Michael R. Proctor   mproctor@bowlesrice.com
aty   Morgan McKee   morgan.mckee@usdoj.gov
aty   Sarah C. Ellis   sarah.ellis@steptoe−johnson.com
aty   Spencer D. Elliott   selliott@lewisgianola.com
aty   Steven L. Thomas   sthomas@kaycasto.com
aty   Thomas Fluharty   thfaal@aol.com

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Alderson Broaddus University Inc.   P O Box 2035   Philippi, WV 26416
cr   Teresa Vanalsburg   c/o Spencer D. Elliott   Lewis Gianola PLLC   300 Summers Street, Suite 700   Charleston, WV 25301
acc   Brown, Edwards & Company, L.L.P   3906 Electric Road   Roanoke, VA 24018
db   Alderson−Broaddus Endowment Corporation   101 College Hill Dr.   Philippi, WV 26416
cr   United States Department of Agriculture, Farm Service Agency   1550 Earl L. Core Rd   Suite 102   Morgantown, WV 26505−5920
cr   United States Health Resources and Services Administration   5600 Fishers Lane   Rockville, MD 20857
cr   Samantha Croston   c/o Spencer D. Elliott   Lewis Gianola PLLC   300 Summers Street, Suite 700   Charleston, WV 25301
cr   DACK Investments, LLC   c/o Michael Proctor / Bowles Rice LLP   1800 Main St, Ste 200   Canonsburg, PA 15317
acc   Kelli Cobb   Smith, Elliott & Kearns & Company, LLC   19405 Emerald Square   Suite 1400   Hagerstown, MD 21742
cr   Christopher Brian Knotts   Post Office Box 455   Anmoore, WV 26323−0455
aty   Jami B. Nimeroff   Brown McGarry Nimeroff LLC   Two Penn Center, Suite 610   1500 John F. Kennedy Blvd   Philadelphia, PA 19102
1673701   Alderson Broaddus Education Endowment Corpora   P. O. Box 2004   Philippi   WV 26416
1673702   Alderson−Broaddus Endowment Corporation and s   101 College Hill Dr.   Philippi, WV 26416
1673704   American Express   20500 Belshaw Ave Ste A   Carson, CA 90746
1673705   Arnold D. Scott   14 Courtland Ave.   Stratham   NH 03885
1673710   CBIZ Insurance Services   200 Princeton South Corp. Cent   200 Charles Ewig Blvd   Ewing, NJ 08628
1673711   Cedric Bishop   c/o Michael A. LaBollita, Esq.   150 East 18th St., Suite PHR   New York, NY 10003
1673712   CIT   21146 Network Place   Chicago, IL 60673
1673713   City of Philippi   P. O. Box 460   Philippi, WV 26416
1673714   Citynet, LLC   100 Citynet Drive   Bridgeport, WV 26330
1673715   Constellation   PO Box 5473   Carol Stream, IL 61097
1673716   Dell Finance LLC   P O box 81577   Austin, TX 78708
1673717   Enterprise Rent−A−Car, Inc.   148 Carrier Way, Suite H   Scott Depot, WV 25560
1673718   First Insurance Funding Corp.   PO Box 7000   Carol Stream, IL 60197
1673722   Liaison International   311 Arsenal Street   Watertown, MA 02472
1673723   Longhouse Capital Advisors LLC   1240 W. Barry Ave.   Chicago, IL 60657
1673724   LRAP Risk Purchasing Group, LLC   1011 Warrenville Road Ste 100   Lisle, IL 60532
1673726   Peoples Bank   201 Pennsylvania Ave   Charleston, WV 25302
1673727   Philip E. Cline   PO Box 119   Huntington, WV 25706
1673734   Sutter Roofing & Metal Company, LLC   PO Box 2036   Clarksburg, WV 26302
1673737   The Registry   Attn: Amy Lauren Miller   3 Centennial Dr, Ste 320   Peabody, MA 01960

```
1673740  WesBanco Bank    1 Wheeling Bank Plaza    Wheeling, WV 26003
1673741  WV State Tax & Revenue    P O Box 766    Charleston, WV 25323
1673937  D. Park Smith    Law Office of D. Park Smith    250 Cherry Springs Road, Suite 200    Hunt, TX 78024
1673938  TK Elevator Corp.    c/o Law Office of D. Park Smith    250 Cherry Springs Road, Suite 200    Hunt, TX 78024
1674010  Lawrence Jennings Tallman    1938 Trinity Road    Belington, WV 26250
1674032  MBS Textbook Exchange, LLC    2711 W. Ash Street    Columbia, MO 65203–4613
1674044  Andrea J. Bucklew    3749 S Preston Hwy    Tunnelton, WV 26444
1674045  Lawn and Home Services    c/o Carrol Harris    866 Teter Crossing Road    Buckhannon, WV 26201
1673707  Barbour County Clerk    26 North Main St.    Suite 1    Philippi, WV 26416
1673708  Barbour County Sheriff – Tax Office    26 North Main St.    Philippi, WV 26416
1674124  4Imprint    101 Commerce St.    Oshkosh, WI 54901
1674125  A–1 Exterminating    Rt 1 Box 454–A    Clarksburg, WV 26301
1674126  Airgas USA LLC    5355 Benedum Dr.    Shinnston, WV 26431
1675821  Stacey M. Rogers    Post Office Box 104    Grafton, WV 26354
1674129  Amazon Capital Services Inc.    410 Terry Ave N.    Seattle, WA 98109
1674130  Amazon.com Corporate Credit    Synchrony Bank    P O Box 530958    Atlanta, GA 30353
1674132  Andrea J. Bucklew    3749 S. Preston Hwy    Tunnelton, WV 26444
1674133  Asset Management Technologies LLC    17039 Kenton Dr.    Floor 2    Cornelius, NC 28031
1674134  Association for Advancing Quality in Educator    173 Milkweed Dr.    Front Royal, VA 22630
1674135  Baker Tilly Us, Llp    Box 78975    Milwaukee, WI 53278
1674140  Branded Custom Sportswear, Inc.    7007 College Blvd.    Shawnee Mission, KS 66211
1674141  BSN Sports    P.O. Box 841393    Dallas, TX 75284
1677315  Pig BellyEntertainment    3064 ZOELLER ROAD    ALDEN, NY 14004
1674144  Caldwell & Gregory LLC    129 Broad St. Rd.    Manakin Sabot, VA 23103
1674145  Carolina Biological Supply Company    2700 York Rd.    Burlington, NC 27215
1674146  CaseMetro LLC    520 Lincoln Ave    Suite 200    Downingtown, PA 19335
1674147  Casto Technical Services, Inc.    540 Leon Sullivan Way    Charleston, WV 25301
1677317  DLL Finance LLC    PO Box 2000    Johnston, IA 50131
1674151  Cengage Learning Inc.    200 Pier 4 Blvd.    Boston, MA 02210
1674152  Chad Hostetler, MA LPC    Barbour County Health Dept.    23 Wabash Ave.    Philippi, WV 26416
1674153  Chem–Aqua Inc.    2727 Chemsearch Blvd.    Irving, TX 75062
1674154  Cintas Corp.    6800 Cintas Blvd.    Mason, OH 45040
1677319  Michael S. Garrison    Spilman Thomas & Battle    48 Donley Street    Suite 800    MORGANTOWN, WV 26507–0615
1674156  CITCO Water    4938 Benedum Dr.    Bridgeport, WV 26330
1677320  Mountain East Conference    48 Donley Street    Suite 800    MORGANTOWN, WV 26501–0615
1674159  Civil War Trails Inc.    P O box 1862    Williamsburg, VA 23187
1677322  NCH Corporation    2727 Chemsearch Blvd.    Irving, TX 75062
1677324  Citynet LLC    3600 University Ave    Morgantown, WV 26505
1674163  Continental Moulding Company    5733 Webster St.    Dayton, OH 45414
1674165  Crest/Good Manufacturing Co.    90 gordon Dr.    Syosset, NY 1791
1674167  Division of Water and Waste Management    WV Dept of Environmental Protection    601 57th St. SE    Charleston, WV 25304
1674168  Ecolab Inc.    1 Ecolab Place    Saint Paul, MN 55102
1674169  Educational Computer Systems, Inc.    1200 Cherrington Parkway    Suite 200    Coraopolis, PA 15108
1674170  Eide Bailly LLP    P O B 2545    Fargo, ND 58108
1674173  Emilie M. Smith    1303 Goff School Rd.    Belington, WV 26250
1674174  Employee    unpaid wages
1674175  Employee    unpaid wagers
1674176  employee    unpaid wages
1674177  Encoura, LLC    600 Congress Ave.    Suite 14025    Austin, TX 78701
1674180  Filtech Inc.    221 W 8th Ave    Homestead, PA 15120
1674181  First Insurance Funding Corp.    450 Skokie Blvd.    Suite 1000    Northbrook, IL 60062
1674182  Fisher Auto Parts    P. O. Box 2246    Staunton, VA 24402
1674183  Formax Manufacturing Corp    168 Wealthy St. SW    Grand Rapids, MI 49503
1674184  Frontier Communications    428 W. Main St.    Clarksburg, WV 26301
1674186  GE Precision Healthcare LLC    3000 N. Grandview Blvd    Waukesha, WI 53188
1674188  Grainger    100 Grainger Parkway    Lake Forest, IL 60045
1674189  Guest Supply LLC    300 Davidson Ave    Somerset, NJ 08873
1674190  H. E. Neumann Company    100 Middle Creek Rd.    Triadelphia, WV 26059
1674191  Hampton Inn Willow Grove    1500 Easton Rd.    Willow Grove, PA 19090
1674193  Hawthorne Suites    75 S View Dr.    Bridgeport, WV 26330
1674194  Higher Education Policy Commission    1018 Kanawha Blvd E    Suite 700    Charleston, WV 25301
1674195  HigherEdJobs    715 Lake St.    Suite 400    Oak Park, IL 60301
1674197  Illume Media Group LLC    1881 Harmony Grove Rd.    Grafton, WV 26354
1674198  Independent College Enterprise Inc    2300 MacCorkle Avenue SE    Charleston, WV 25303
1674199  Internal Revenue Service    payroll tax    P O Box 7346    Philadelphia, PA 19101
1674201  John Deere Financial    Customer Service    P. O. Box 6600    Johnston, IA 50131
1674203  Johnstone Supply    125 Platinum Dr.    Bridgeport, WV 26330
1674204  Kelly Generator & Equipment, Inc.    50 technology Dr    Coal Center, PA 15423
1674205  Kevin M. Marshburn    Director of Residence Life – Belmont Abb    100 Belmont Mt Hoolly Rd.    Belmont, NC 28012
1674207
```

| | | | | | |
|---|---|---|---|---|---|
| 1674207 | Laurel Home Services | 2002 Carrol Harris | 360 Teter Crossing Rd. | Buckhannon, WV 26201 | |
| 1674208 | Leonard's Grill | 238 W. Main St. | Grafton, WV 26354 | | |
| 1674211 | Lowe's Companies Inc | 1000 Lowes Blvd. | Mooresville, NC 28117 | | |
| 1674212 | LRAP Risk Purchasing Group, LLC | 1011 Warrenville Road Ste 100 | Lisle, IL 60532 | | |
| 1674214 | MBS Textbook Exchange Inc. | 2711 W. Ash St. | Columbia, MO 65203 | | |
| 1674218 | MIddletown Tractor Sales | 136 Billingsley Dr. | Buckhannon, WV 26201 | | |
| 1674219 | Mock Medical Tools | P O Box 269 | Terril, IA 51364 | | |
| 1674220 | MON Power | P O Box 3615 | Akron, OH 44309 | | |
| 1674221 | Morgantown Printing & Binding | 915 Green Bag Rd. | Morgantown, WV 26508 | | |
| 1674224 | National Association of College Stores | 528 E. Lorain St. | Oberlin, OH 44074 | | |
| 1674226 | New Engler Flag & Banner | 12 Henshaw St. | Woburn, MA 01801 | | |
| 1674227 | NewTech Systems Inc. | 1850 Dalton Ave. | Ashland, KY 41102 | | |
| 1674228 | Oak Hall Industries | 251 Lee Hwy | Chilhowie, VA 24319 | | |
| 1674231 | Paris Vaughan | Associate Head Track & Field Coach Leno | 625 7th Ave NE | Hickory, NC 28601 | |
| 1674232 | PartnerShip LLC | 528 E. Lorain St. | Oberlin, OH 44074 | | |
| 1674233 | Patel & Patel MD Inc. | 401 Division St | Suite 306 | Charleston, WV 25309 | |
| 1674234 | Paula Daniels | Admission – Fairmont State University | 1201 Locust Ave. | Fairmont, WV 26554 | |
| 1674235 | Payne Publishers | 8707 quarry Rd. | Manassas, VA 20110 | | |
| 1674236 | Pearson Education Publishing Co. | 330 Hudson St. | New York, NY 10013 | | |
| 1674242 | Pig Belly Entertainment | 3064 Zoeller Rd. | Alden, NY 14004 | | |
| 1674250 | Pro–Vision Video Systems | 8625 Byron Commerce Dr. SW | Byron Center, MI 49315 | | |
| 1674253 | Quinch USA Inc. | 630 Allendale Rd. | Suite 200 | King Of Prussia, PA 19406 | |
| 1674254 | Rave Wireless Inc. | 492 Old Connecticut Path | Suite 2 | Framingham, MA 01701 | |
| 1674255 | Refried Tees | 630 Belleville Ave. | New Bedford, MA 02745 | | |
| 1674257 | Robertson Heating Supply Co. | 400 N. Ohio Ave | Clarksburg, WV 26301 | | |
| 1674258 | Royal Glass LLc | 66 Spencer Dr. | Fairmont, WV 26554 | | |
| 1674261 | Sherwin Williams | 101 W Prospect Ave. | Cleveland, OH 44115 | | |
| 1674262 | Sodexo, Inc. & Affiliates | Campus Box 2152 | Philippi, WV 26416 | | |
| 1674265 | Sprint Headquarters | 6200 Sprint Pkwy. | Shawnee Mission, KS 66251 | | |
| 1674266 | Stallard Technologies Inc. | 16041 Marty Circle | Stilwell, KS 66085 | | |
| 1674269 | Stewart's Sanitation | 415 Morgantown Pike | Belington, WV 26250 | | |
| 1674270 | Sunset Outdoor Supply Inc. | 2184 Cheat Rd. | Morgantown, WV 26508 | | |
| 1674273 | Talbott Glass | 1110 Cole Ave | Elkins, WV 26241 | | |
| 1674275 | Teresa D. VanAlsburg | WV Wesleyan College | 59 College Ave. | Buckhannon, WV 26201 | |
| 1674277 | The Fanatic Group | 301 Goolsby Blvd. | Deerfield Beach, FL 33442 | | |
| 1674278 | The Philippi Municipal Building Commission | 344 S. Main St. | Philippi, WV 26416 | | |
| 1674280 | The Registry | 3 Centennial Dr | Peabody, MA 01960 | | |
| 1674281 | Thermo Fisher Financial Services Inc. | 168 Third Ave. | Waltham, MA 02451 | | |
| 1674282 | Thermo Fisher Scientific Inc | 8365 Valley Pike | Middletown, VA 22645 | | |
| 1674284 | TK Elevator | c/o Law Office of D. Park Smith | 250 Cherry Springs Rd., Suite 200 | Hunt, TX 78024 | |
| 1674285 | Toyota Financial Services | P O Box 22171 | Tempe, AZ | | |
| 1674288 | Unifirst Corporation | 68 Jonspin Rd. | Wilmington, MA 01887 | | |
| 1674290 | University Frames Inc. | 3060 E Miraloma Ave | Anaheim, CA 92806 | | |
| 1674292 | Vantage Custom Classics | 100 Vantage Dr. | Avenel, NJ 07001 | | |
| 1674294 | Walnut Lane Floral | 220 N. Walnut St. | Philippi, WV 26416 | | |
| 1674295 | WBRB–FM | 1065 Radio Park Dr. | Mount Clare, WV 26408 | | |
| 1674297 | West Virginia Higher Education Policy Commiss | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV 25301 | |
| 1674300 | WVICU | c/o Three Point Strategies LLC | P O box 7058 | Charleston, WV 25356 | |
| 1674301 | Ysi Inc.. a Xylem brand | 1700 Brannum Lane | Yellow Springs, OH 45387 | | |
| 1674304 | Chelsea Mayle | 153 Hanging Rock Road | Philippi, WV 26416 | | |
| 1674305 | Edward Paul Burda | 1532 S. Davis Ave | Elkins, WV 26241 | | |
| 1674306 | Carrie Bodkins | 30 6th Street | Belington, WV 26250 | | |
| 1675822 | First Citizens Bank & Trust Company | PO Box 593007 | San Antonio, TX 78259 | | |
| 1674316 | Bates Carpet & Furniture Center | 2829 Beverly Pike | Elkins, WV 26241 | | |
| 1674317 | Beckley Pediatric Association Ltd | 30 Mallard Ct. | Beckley, WV 25801 | | |
| 1674320 | Builder's Center Inc. | 1468 Lunice Creek Hwy | Petersburg, WV 26847 | | |
| 1674322 | Caldwell & Gregory LLC | 129 Broad St. Rd. | Manakin Sabot, VA 23103 | | |
| 1674325 | Casto Technical Services, Inc. | 540 Leon Sullivan Way | Charleston, WV 25301 | | |
| 1674326 | CBORD Group Inc. | 950 Danby Rd. | Suite 100C | Ithaca, NY 14850 | |
| 1674333 | Coffman's Electrical Service Inc. | 51 Aspen Lane | Elkins, WV 26241 | | |
| 1674334 | Constellation Energy | 1310 Point St. | Baltimore, MD 21231 | | |
| 1674336 | Council for Higher Education Accreditation | One Dupont Circle | Suite 510 | Washington, DC 20036 | |
| 1674342 | Elsevier Inc. | 1600 John F. Kennedy Blvd. | Suite 1800 | Philadelphia, PA 19103 | |
| 1674346 | Enterprise Car Rental Tolls | 600 Corporate Park Dr. | Saint Louis, MO 63105 | | |
| 1674352 | Galls, Inc. | 1340 Russell Cave Rd. | Lexington, KY 40505 | | |
| 1674354 | Graham–Simon Plumbing Co., LLC | 176 Simpson St. | Clarksburg, WV 26301 | | |
| 1674359 | Hawkes Learning | 546 Long Point Rd. | Mount Pleasant, SC 29464 | | |
| 1674362 | Highmark Blue Cross Blue Shield West Virginia | 614 Market St. | Parkersburg, WV 26101 | | |
| 1677407 | Theresa D. McVicker | 15 Elk City Road | Philippi WV 26416 | | |
| 1677408 | Irina V. Rodimtseva | 347 Satterfield Street | Fairmont, WV 26554 | | |
| 1674366 | Johnson Controls Fire Protection | 3650 Concorde Parkway | Suite 200A | Chantilly, VA 20151 | |
| 1674370 | LaQuentin Taylor | LaGrange College | 601 Broad St. | Lagrange, GA 30240 | |

| | | | | | |
|---|---|---|---|---|---|
| 1674378 | Zoom Video Communications | 6601 college Blvd | Suite 120 | Overland Mission, KS 66211 | |
| 1674381 | McCarty's Portable Toilets | 2670 Berlin Rd. | Weston, WV 26452 | | |
| 1674383 | MBS Textbook Exchange Inc. | 2711 W. Ash St. | Columbia, MO 65203 | | |
| 1674384 | McCarty's Portable Toilets | 2670 Berlin Rd. | Weston, WV 26452 | | |
| 1674385 | Merchants Automotive Group Inc. | 1278 Hooksett Rd. | Hooksett, NH 03106 | | |
| 1674387 | MIddletown Tractor Sales | 136 Billingsley Dr. | Buckhannon, WV 26201 | | |
| 1674390 | Mountaineer Gas Services LLC | P O Box 5201 | Charleston, WV 25361 | | |
| 1674391 | Mr. Mike Ross | 29 Martin St. | Buckhannon, WV 26201 | | |
| 1674393 | Nelnet Business Services | 121 S 13th St. Lincoln, NE 68508 | | | |
| 1677428 | Sutter Roofing and Metal Company, Inc. | PO Box 2036 | Clarksburg, WV 26302–2036 | | |
| 1674405 | Peoples Bank | 14 North Locust St. | Buckhannon, WV 26201 | | |
| 1674406 | Peoples Bank | 5 S. Main St. | Philippi, WV 26416 | | |
| 1674410 | Philippi Baptist Church | 69 Church St. | Philippi, WV 26416 | | |
| 1674412 | Pitney Bowes Global Financial Services | 3001 Summer St. | Stamford, CT 06905 | | |
| 1674413 | Pitt Ohio Express LLC | 15 27th St. | Pittsburgh, PA 15222 | | |
| 1674415 | PNC Equipment Finance | PO Box 931034 | Cleveland, OH 44193 | | |
| 1674416 | Pocket Nurse | 610 Frankfort Rd. | Monaca, PA 15061 | | |
| 1674417 | Premier Bank Inc. | 500 S. Minnesota Ave | Sioux Falls, SD 57104 | | |
| 1674420 | Public Service Commission | P O box 812 | Charleston, WV 25323 | | |
| 1674421 | Purchasing Power LLC | 2727 Paces Ferry Rd. SE | Building 2, Suite 1200 | Atlanta, GA 30339 | |
| 1674425 | Rittenhouse Book Distributors Inc. | 511 Feheley Dr. | King Of Prussia, PA 19406 | | |
| 1674429 | Scenario Learning LLC | 4890 W Kennedy Blvd Suite 300 | Tampa, FL 33609 | | |
| 1674431 | Sodexo, Inc. & Affiliates Campus | Box 2152 | Philippi, WV 26416 | | |
| 1674432 | SOSMetal Products Inc. | 2495 E Tioga St. | Philadelphia, PA 19134 | | |
| 1674249 | PrismRBS LLC | 1501 Reedsdale Street | Suite 5000 | Pittsburgh PA 15233 | |
| 1674437 | Sterling Publishing | 33 East 17th St. | New York, NY 10003 | | |
| 1674440 | Superior Environmental Services LLC | 538 Country Club Road | Buckhannon, WV 26201 | | |
| 1674443 | Taylor & Francis Group LLC | 2385 NW Executive Center Dr. Suite 320 | Boca Raton, FL 33431 | | |
| 1674446 | The Fanatic Group | 301 Goolsby Blvd. | Deerfield Beach, FL 33442 | | |
| 1674458 | United Laboratories, Inc. | 320 37th Ave. | Saint Charles, IL 60174 | | |
| 1674460 | USDA Rural Development | Weston Area Office | 24 Gateway Road | Weston, WV 26452 | |
| 1674462 | Visual Edge IT | 1315 Buckhannon Pike | Clarksburg, WV 26301 | | |
| 1674476 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1674477 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1674478 | Jesse E. Saffle | 10727 Audra Park Road | Buckhannon, WV 26201 | | |
| 1673728 | PNC BANK | Post Office Box 3429 | Pittsburgh, PA 15230 | | |
| 1674379 | Manpower | 100 Manpower Place | Milwaukee, WI 53212 | | |
| 1674259 | Mr. Joshua Russell Roberts | Administrator for the Estate of | Samuel K. Roberts | 3431 Poplar Ave | Pittsburgh, PA 15234 |
| 1674577 | MPB Print & Sign Superstore | 915 Greenbag Road | Morgantown, WV 26508 | | |
| 1674230 | Oxford University Press | Customer Service Dept | 4000 Centregreen Way | Suite 310 | Cary, NC 27513 |
| 1674598 | Payne Publishers, Inc. | Attn: Accounting Department | 8707 Quarry Rd | Manassas, VA 20110 | |
| 1674599 | Longhouse Capital Advisors, LLC | 1240 W BARRY AVE | CHICAGO, IL 60657 | | |
| 1674619 | Baker Tilly US, LLP | 4807 Innovate Lane | Madison, WI 53718 | | |
| 1674634 | H.E. Neumann Co. | 100 Middle Creek Rd. | Triadelphia, WV 26059 | | |
| 1674766 | The Sherwin Williams Company | 2000 Georgetowne Dr., Suite 400 | Sewickley, PA 15143 | | |
| 1674767 | Timmy L. Mayle | 76 Olive Hill Rd | Philippi, WV 26416 | | |
| 1674768 | Kathy Dawn Wolfe | 664 Whitman Run Rd | Philippi, WV 26416 | | |
| 1674801 | PNC BANK NATIONAL ASSOCIATION | ROBERT E. WALTON | FLAMM WALTON HEIMBACH | 794 PENLLYN PIKE, SUITE 100 | BLUE BELL, PA 19422–1669 |
| 1674822 | Derek Watkins LLC dba Leonard's Grill | 238 W Main Street | Grafton, WV 26354 | | |
| 1674941 | U.S. Department of Labor / Employee Benefits Security Administration | 1335 East–West Highway, Suite 200 | Silver Spring, MD 20910 | | |
| 1674942 | Alderson Broaddus University 403(b) DC Plan | 1335 East–West Highway, Suite 200 | Silver Spring, MD 20910 | | |
| 1675277 | Mock Medical, LLC. | Post Office Box 269 | Terril, Iowa 51364 | | |
| 1675278 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675279 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675280 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675281 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675282 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675283 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675284 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675285 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675286 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675287 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675288 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675289 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675290 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675291 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675292 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675293 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675294 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1675301 | Angela D. Vanscoy | 5110 Nestorville Road | Philippi, WV 26416 | | |
| 1675302 | Robert and Chrystal Kelley | Post Office Box 224 | West Milford, WV 26451 | | |
| 1675318 | A–1 EXTERMINATING CO., INC. | 2304 GOOD HOPE PIKE | CLARKSBURG, WV 26301 | ATTN: SAM CAPUTO | , |

```
1675323   Terra Giuli         Post Office Box 252          Philippi, WV 26416
1675324   Cary Lindgren Walters       15939 Allegheny Hwy         Bowden, WV 26254
1675395   Busch, Zurbuch and Thompson, PLLC        Post Office Box 1819        Elkins, WV 26241
1675396   Bates Carpet & Furniture Center     Post Office Box 2772        Elkins, WV 26241
1675397   Kari Sisk           294 Greystone Drive          Philippi, WV 26416
1675398   Nathan Satzer       408 Civitan Street           Morgantown, WV 26505
1675399   Neeley Satzer       408 Civitan Street           Morgantown, WV 26505
1675506   Manpower of WV, Inc.        PO Box 385       Huntington, WV 25708–0385
1675544   CITCO Water         4034 Altizer Avenue          Huntington, WV 25705
1675678   Karla Renee Hively          50 Pine Glen Drive          Philippi, WV 26416
1675776   James Martin Owston         Post Office Box 5202         Beckley WV 25801
1675778   James T. Barry      13433 Ballentine Street      Overland Park, KS 66213
1675779   David A. Delauder   2708 Fountain Lane           Vinton, VA 24179–1502
1674172   Emad Mousa          c/o Alpha Addiction Advocates Treatment     1043 Harding Memorial Phwy        Marion, OH 43302
1674200   Irvin & Toedt LLC           213 Wasbash Ave      Buckhannon, WV 26201
1674217   Michael D. Kochka           Wheeling University          316 Washington Ave          Wheeling WV 26003
1674267   State Electric Supply       2010 2nd Avenue      Huntington, WV 25703
1674283   Thomas Frank Moore PA–C     7210 Scottsdale Road         Fairmont WV 26554
1674229   Oak Hill Publishing Company         Box 6473         Naperville IL 60567
1674298   World Fuel Services Inc.    9800 Northwest 41st Street          Suite 400           Miami, FL 33178
1673703   Alexanderia Herron on behalf of others simila       c/o Anthony Majestro, Esq.    405 Capital Street    Suite 1200     Charleston, WV 25301
1674264   Specialty Chemical Company          2018 King Edward Ave SE      Cleveland TN 37311
1674286   Tri–State Roofing & Sheet Metal Company Inc         101 South Meadville Road    Davisville WV 26142
1674287   Turnitin, LLC       2101 Webster St.     Suite 1800          Oakland, CA 94612–2946
1673735   Teresa Van Alsburg on behalf of other similar       c/o Anthony Majestro, Esq.    405 Capitol St., Suite 1200    Charleston, WV 25301
1675880   Constellation NewEnergy – Gas Division, LLC         1310 Point Street    Baltimore, MD 21231
1675886   Lora R. Bryant      713 Natural Bridge Road      French Creek, WV 26218
1676009   Ford Motor Credit – Leased          PO Box 65057         Dallas TX 76265
1676016   Phillip Northey     214 Westwood Ave.    Bridgeport, WV 26330
1676023   AAA South Central Ohio      1414 12th St.        Portsmouth, OH, 45662
1676024   AAQEP       Assoc for Advancing Quality in Educator     173 Milkweed Dr.    Front Royal, VA, 22630
1676025   Almabase, Inc.      2443 Fillmore St.    San Francisco, CA, 94115
1676026   American Benefit Corporation        9200 US Route 60     Ona, WV, 25545
1676027   American Fence Co LLC       200 7th St.          Fairmont, WV, 26554
1676028   Apperson    P O Box 480309       Charlotte, NC, 28269
1676030   Barbour County Chamber of Commerce          Box 2124     Philippi, WV, 26416
1676031   Blackbaud   65 Fairchild St.     Charleston, SC, 29492
1676032   Blaine Window Hardware Inc          17319 Blaine Dr.     Hagerstown, MD, 21740
1676033   Blueville Laundry           226 Lincoln St.      Grafton, WV, 26354
1676034   BMI         10 Music Sq. E.      Nashville, TN, 37203
1676035   Carpenter Bus LLC           132 Royal Oaks Blvd          Franklin, TN, 37067
1676036   Carrier Enterprise          4300 Golf Acres Dr.          Charlotte, NC, 28208
1676037   CDW Government Inc.         7927 Jones Branch Dr.        McLean, VA, 22102
1676038   ClubCar LLC         P O Box 204658       Augusta, GA, 30917
1676039   College House       3495 Piedmont Rd. NE         Building 12, Suite 402       Atlanta, GA, 30305
1676040   Collegiate Enterprise Soluions      3 Centennial Dr. #50G        Peabody, MA, 01960
1676041   Community Foundation of the Chattahoochee    Valley      1340 13th St.       Columbus, GA, 31901
1676042   Consensus Cloud Solutions           700 S. Flower St.            15th Floor         Los Angeles, CA, 90017
1676043   Creative Knitware Inc.      P O box 921852       Norcross, GA, 30010
1676044   Cross Pump & Equipment co.          5014 Raven Dr.       Charleston, WV, 25306
1676045   Davis Consulting Group LLC          18570 Windsor Forest Rd.     Mount Airy, MD, 21771
1676046   eFax Corporate      700 Flower St.       15th Fl     Los Angeles, CA, 90017
1676047   Embassy Suites      7930 Jones Branch Dr.        McLean, VA, 22102
1676048   FedEX       942 South Shady Grove Rd.    Memphis, TN, 38120
1676049   Ferguson Enterprises Inc.           751 Lakefront Commons        Newport News, VA, 23606
1676050   First Citizens Bank & Trust Co.     2807 Jefferson St. N         Lewisburg, WV, 24901
1676051   Franklin Athletic Boosters          750 E 4th St.        Franklin, OH, 45005
1676052   Gas & Oil Association of West Virginia      300 Suymmers St. Suite 820          Charleston, WV, 25301
1676053   Health Equipment Services           29 S. Sixth St.      Suite 203           Indiana, PA, 15701
1676054   HUDL        29775 Network Place          Chicago, IL, 60673
1676055   J F Allen Company           5856 Saltwell Rd.    Bridgeport, WV, 26330
1676056   Jardine Associates          200 Compass Circle           North Kingstown, RI, 02852
1676086   Journeyed.com, Inc.         80 E McDermott Dr    Allen, TX, 75002
1676087   Kaiser's Coffee & Candy Inc         1065 Point Pleasant Rd       Belington, WV, 26250
1676088   Land of Canaan Homeowner's Association Inc.         99 EFG Dr.          Davis, WV, 26260
1676089   Loeb & Loeb LLP     345 Park Ave         New York, NY, 10154
1676090   Marion County Sheriff       Tax Office           200 Jackson St., #101        Fairmont, WV, 26554
1676091   Martin's Turf Care          86 Ranch Rd.         Fairmont, WV, 26554
1676092   Maryland Child Support      P O box 17396        Baltimore, MD, 21297
1676093   McAllister & Quinn          1625 Eye St. NW      suite 750           Washington, DC, 20006
1676094   McCoy's Elevator Inspection LLC     317 Poplar Dr.       Scott Depot, WV, 25560
1676095   MCM Business Systems        1315 Buckhannon Pike         Clarksburg, WV, 26301
1676096   Medco Supply Inc.   P O Box 234038       Encinitas, CA, 92023
1676097   Micrologic, Inc.    P O Box 328          Buckhannon, WV, 26201
```

| | | | | | |
|---|---|---|---|---|---|
| 1676098 | National League for Nursing | 2600 Virginia Ave NW | 8th Floor | Washington, DC, 20037 | |
| 1676099 | NComputing Global Inc | 400 Concar Dr. | 4th Floor | San Mateo, CA, 94403 | |
| 1676122 | New Pinnacle Consulting Grou[ | 19825 B N Cove Rd. #105 | Cornelius, NC, 28031 | | |
| 1676123 | Nordic Co., Inc. | 5 Tripps Lane | Riverside, RI, 02915 | | |
| 1676124 | Northwestern Mutual Life Insurance Co. | 99 Cambridge Place | Bridgeport, WV, 26630 | | |
| 1676125 | Notifii LLC Software | 8150 Sierra College Blvd. | Suite 230 | Roseville, CA, 95661 | |
| 1676126 | Omnigo Software | 10430 Baur Blvd #1905 | Saint Louis, MO, 63132 | | |
| 1676127 | PA Turnpike Poll by Plate | 300 East Park Dr. | Harrisburg, PA, 17111 | | |
| 1676128 | Physician Assistant Education Association (PAEA) | 655 K St. NW | Suite 700 | Washington, DC, 20001 | |
| 1676129 | Principal Life Insurance Co. | P O box 10431 | Des Moines, IA, 50306 | | |
| 1676130 | Pro Tuff Decals | 7505 Eastgate Rd. | Crystal Lake, IL, 60014 | | |
| 1676131 | Regroup Mass Notification | 3400 N. Central Expy | #110–256 | Richardson, TX, 75080 | |
| 1676132 | Roane County Sheriff | Tax Department | 200 Main St. | Spencer, WV, 25276 | |
| 1676134 | SESAC Inc | Society of European State Authors and | Composers | 35 Music Sq. E | Nashville, TN, 37203 |
| 1676135 | Sigma–Aldrich, Inc. | P O Box 14508 | Omaha, NE, 68178 | | |
| 1676136 | Source4 | 19520 W. Catawba Ave | Suite 113 | Cornelius, NC, 28031 | |
| 1676137 | Stationers, Inc. | 100 Co Rd 2/19 | Huntington, WV, 25702 | | |
| 1676138 | Tennant Company | 10400 Clean St. | Eden Prairie, MN, 55344 | | |
| 1676139 | Texas Book Company | 8501 Technology Cir | Greenville, TX, 75402 | | |
| 1676140 | The Inter–Mountain | 520 Railroad Ave. | Elkins, WV, 26241 | | |
| 1676142 | The Standard Insurance Company | 1100 SW Sixth Ave. | Portland, OR, 97204 | | |
| 1676143 | The Wall Street Journal | Customer Service | 1211 Avenue of the Americas | New York, NY, 10036 | |
| 1676144 | TimeClock Plus Software | 11902 Burnet Rd. | Suite 350 | Austin, TX, 78758 | |
| 1676145 | Triform Custom Apparel | 7007 College Blvd | #240 | Shawnee Mission, KS, 66211 | |
| 1676146 | Unite | 2202 Farleigh Rd. | Columbus, OH, 43221 | | |
| 1676147 | United States Postal Service | 105 Railroad St. | Philippi, WV, 26416 | | |
| 1676148 | US Department of Labor | Alderson Broaddus University 403(b) DC P | 1335 East–West Highway Suite 200 | Silver Spring, MD, 20910 | |
| 1676149 | VoIP Supply | 80 Pineview Dr | Buffalo, NY, 14228 | | |
| 1676150 | W&W Quick Pit and Car Wash | 15920 Barbour County Hwy | Philippi, WV, 26416 | | |
| 1676151 | Waterlogic USA | 77 McCullough Dr | #9 | New Castle, DE, 19720 | |
| 1676152 | West Virginia Division of Labor | 1900 Kanawha Blvd E | Build 3 Room 200 | Charleston, WV, 25305 | |
| 1676153 | West Virginia Wesleyan College | 59 College Ave. | Buckhannon, WV, 26201 | | |
| 1676154 | Westcom Wireless | 2733 Leechburg RD | New Kensington, PA, 15068 | | |
| 1676155 | WEX Bank by Raisin | 111 East Sego Lilly Dr. | Midvale, UT, 84047 | | |
| 1676156 | Workforce West Virginia | 153 West Main St. | Suite B | Clarksburg, WV, 26301 | |
| 1676157 | WV Dept of Environmental Protection | Division of Water and Waste Management | 601 57th St. SE | Charleston, WV, 25304 | |
| 1676158 | WVCFN – West Virginia Nursing Scholarship | Program | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV, 25301 |
| 1676159 | Zoho Corp. | 4141 Hacienda Dr | Napa, CA, 94558 | | |
| 1676160 | Blackbaud Raiser's Edge | 65 Fairchild St. | Charleston, SC, 29492 | | |
| 1676161 | CIT Finance LLC | 10201 Centurion Parkway N. | #100 | Jacksonville, FL, 32256 | |
| 1676162 | FACTS Management Company | 100 North 56th St. | Suite 306 | Lincoln, NE, 685 | |
| 1676163 | Arellano University | 2600 Legarda St. | Sampaloc, Manila Philippines | | |
| 1676181 | ThyssenKrupp Elevator | 901 Morris St. | Charleston, WV, 25301 | | |
| 1676182 | Connect for Education | 620 Herndon Parkway | Suite 200 | Herndon, VA, 20170 | |
| 1676183 | Pepsico | 700 Anderson Hill Rd. | Purchase, NY, 10577 | | |
| 1676184 | MedProctor LLC | 2126 21st Ave S. | Nashville, TN, 37212 | | |
| 1676185 | Passageways | 8 North 3rd St. | Suite 101 | Lafayette, IN, 47901 | |
| 1676186 | Xerox | 201 Merritt 7 | Norwalk, CT, 06851 | | |
| 1676187 | Northeast Natural Energy LLC | 707 Virginia St E | Suite 1200 | Charleston, WV, 25301 | |
| 1676903 | Danny Lee Franke | 161 Hilltop Drive | Philippi WV 26416 | | |
| 1676917 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1676133 | Robert and Chrystal Kelley | P O Box 224 | West Milford, WV, 26451 | | |
| 1676011 | Deanna Leach | 223 Dunkin Ave | Bridgeport, WV 25330 | | |
| 1677112 | Austin H. O'Conner | 1527 7th Avenue | Charleston, WV 25387 | | |
| 1677664 | Emily J. Rosier | 643 Tacy Sunshine Rdg. Road | Philippi, WV 26416 | | |
| 1677676 | Alderson–Broaddus Endowment Corporation | 101 College Hill Dr. | Philippi, WV 26416–4600 | | |
| 1677677 | Barbour County Sheriff – Tax Office | 8 North Main St. | Philippi, WV 26416–1121 | | |
| 1677678 | City of Philippi | P O Box 460 | Philippi, WV 26416–0460 | | |
| 1677679 | Freedom Bank | Philippi Branch | 124 S. Main St. | Philippi, WV 26416 | |
| 1677680 | Internal Revenue Service | Central Insolvency | P O Box 7346 | Philadelphia, PA 19101–7346 | |
| 1677681 | Internal Revenue Service | Centralized Insolvency | P O Box 7346 | Philadelphia, PA 19101–7346 | |
| 1677682 | Nesco, Inc. | 709 MIddletown Rd. | Fairmont, WV 26554–5451 | | |
| 1677683 | Peoples' Bank | 1200 3rd Ave. | Huntington, WV 25701–1510 | | |
| 1677684 | Petroleum Development Corp. | P O Box 26 | Bridgeport, WV 26330–0026 | | |
| 1677685 | Philippi Municipal Building Commission | Wells Fargo – Master Trustee | 344 S. Main St. | Philippi, WV 26416–1252 | |
| 1677686 | Preston County Sheriff | Tax Office | 103 W. Main St. | Kingwood, WV 26537–1135 | |
| 1677687 | Roane County Sheriff | Tax Office | 200 Main St. | Spencer, WV 25276–1411 | |
| 1677688 | Tucker County Sherriff | Tax Office | 215 1st St. | Parsons, WV 26287–1277 | |

| | | | | |
|---|---|---|---|---|
| 1677689 | U.S. Attorney's Office | Northern District of West Virginia | P.O. Box 591 | Wheeling, WV 26003–0011 |
| 1677690 | USDA – Rural Development | WV Office | 1550 Earl Core Rd., Suite 101 | Morgantown, WV 26505–5920 |
| 1677691 | USDA Rural Development | WV Office | 1550 Earl Core Rd, Suite 101 | Morgantown, WV 26505–5920 |
| 1677692 | United States Trustee | 2025 United States Courthouse | 300 Virginia Street East | Charleston, WV 25301–2503 |
| 1677693 | WV Department of Environmental Protection | 601 57th St., SE | Charleston, WV 25304–2300 | |
| 1677694 | WV State Tax & Revenue | Bankruptcy Unit | P O box 766 | Charleston, WV 25323–0766 |
| 1677695 | WV State Tax & Revenue | P O Box 766 | Charleston, WV 25323–0766 | |
| 1677696 | Workforce WV | 40 Commerce Dr. | Suite 200 | Morgantown, WV 26501–3952 |
| 1677697 | Sarah C. Ellis | Steptoe and Johnson | P.O. Box 1588 | Charleston, WV 25326–1588 |
| 1677698 | Thomas Fluharty | 408 Lee Avenue | Clarksburg, WV 26301–3638 | |
| 1677699 | Sodexo and its affiliates | Adrienne Vadell Sturges, VP & Assoc. Gen Counsel | 915 Meeting Street, 15th Floor | North Bethesda, MD 20852 |
| 1677700 | Independent College Enterprise, Inc. | c/o Bruce M. Jacobs | Spilman Thomas & Battle, PLLC | 300 Kanawha Boulevard, East    Charleston, WV 25301 |
| 1677701 | Liaison International LLC | 311 Arsenal Street, Suite 5600 | Watertown, MA 02472 | , |
| 1677702 | Othot, Inc. | 311 Arsenal Street, Suite 5600 | Watertown, MA 02472 | , |
| 1677730 | Pitney Bowes Global Financial Services LLC | 27 Waterview Drive | Shelton, CT 06484 | |
| 1677734 | City of Phillipi | PO Box 460 | Phillipi, WV 26416 | |
| 1677735 | Peoples Bank | 201 Pennsylvania Avenue | Charleston, WV 25302 | |
| 1677736 | Teresa Vanalsburg, indiv & on behalf of class pled | c/o Anthony J. Majestro, Esq. | Powell & Majestro PLLC | 405 Capitol Street, Suite 807    Charleston, WV 25301 |
| 1677737 | Samantha Croston, indiv & on behalf of class pled | c/o Anthony J. Majestro, Esq. | Powell & Majestro PLLC | 405 Capitol Street, Suite 807    Charleston, WV 25301 |
| 1677893 | Tammy Jean Tallman | 1938 Trinity Road | Belington, WV 26250 | |
| 1677896 | Bailey Fedun | 393 Raymondskill Road | Milford PA 18337 | |
| 1677933 | Pitney Bowes Inc | 27 Waterview Dr, 3rd Fl | Shelton, CT 06484 | |
| 1677950 | U.S. Department of Education | 400 Maryland Ave, SW | Washington, DC, 20202 | |
| 1678094 | Lykins Energy Solutions | 9800 NW 41 Street | Miami, FL 33178 | |
| 1680121 | Kimberly A. Levy | WorkForce West Virginia | 1900 Kanawha Blvd East | Bldg. 3 Suite 300    Charleston, WV 25305 |
| 1680122 | WorkForce West Virginia | 1900 Kanawha Blvd. East | Bldg. 3 Suite 300 | Charleston, WV 25305 |
| 1676029 | Arete Advisors LLC | 4800 T–Rex Ave | Suite 350 | Boca Raton FL 33431 |
| 1680702 | U.S. Department of Health and Human Services, HRSA | Eric Wolfish, HHS/OGC | 801 Market St., Ste 9700 | Philadelphia, PA 19107 |
| 1675300 | Christopher Brian Knotts | Post Office Box 455 | Anmoore WV 26323–0455 | |
| | Mike Ross, Inc | 345 Moton Avenue | Buckhannon, WV 26201 | |
| | Earl Maxwell, Esq. | P.O. Box 100 | Dailey, WV 26259 | |

TOTAL: 417