# Notice Recipients

District/Off: 0424–2   User: ad   Date Created: 5/13/2024
Case: 2:23–bk–00427   Form ID: pdfdoc   Total: 439

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| 1676012 | Emilie Smith |
| 1676013 | Emily Rosier |
| 1676014 | Melissa Simmons |
| 1676015 | Michael Dilley |
| 1676017 | Rebecca Shumway |
| 1676018 | Roy Colbank |
| 1676019 | Shawn Foster |
| 1676020 | Sondra Hoxie |
| 1676021 | Teresa Bracken |
| 1676022 | Teresa McVicker |

TOTAL: 10

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Anthony J Majestro | amajestro@powellmajestro.com |
| aty | Bruce Michael Jacobs | bjacobs@spilmanlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Joe M. Supple | info@supplelawoffice.com |
| aty | Michael R. Proctor | mproctor@bowlesrice.com |
| aty | Morgan McKee | morgan.mckee@usdoj.gov |
| aty | Sarah C. Ellis | sarah.ellis@steptoe–johnson.com |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |
| aty | Steven L. Thomas | sthomas@kaycasto.com |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alderson Broaddus University Inc. | P O Box 2035    Philippi, WV 26416 |
| cr | Teresa Vanalsburg | c/o Spencer D. Elliott    Lewis Gianola PLLC    300 Summers Street, Suite 700    Charleston, WV 25301 |
| acc | Brown, Edwards & Company, L.L.P | 3906 Electric Road    Roanoke, VA 24018 |
| db | Alderson–Broaddus Endowment Corporation | 101 College Hill Dr.    Philippi, WV 26416 |
| cr | United States Department of Agriculture, Farm Service Agency | 1550 Earl L. Core Rd    Suite 102    Morgantown, WV 26505–5920 |
| cr | United States Health Resources and Services Administration | 5600 Fishers Lane    Rockville, MD 20857 |
| cr | Samantha Croston | c/o Spencer D. Elliott    Lewis Gianola PLLC    300 Summers Street, Suite 700    Charleston, WV 25301 |
| cr | DACK Investments, LLC | c/o Michael Proctor / Bowles Rice LLP    1800 Main St, Ste 200    Canonsburg, PA 15317 |
| acc | Kelli Cobb | Smith, Elliott & Kearns & Company, LLC    19405 Emerald Square    Suite 1400    Hagerstown, MD 21742 |
| cr | Christopher Brian Knotts | Post Office Box 455    Anmoore, WV 26323–0455 |
| aty | Jami B. Nimeroff | Brown McGarry Nimeroff LLC    Two Penn Center, Suite 610    1500 John F. Kennedy Blvd    Philadelphia, PA 19102 |
| 1673701 | Alderson Broaddus Education Endowment Corpora | P. O. Box 2004    Philippi    WV 26416 |
| 1673702 | Alderson–Broaddus Endowment Corporation and s | 101 College Hill Dr.    Philippi, WV 26416 |
| 1673704 | American Express | 20500 Belshaw Ave Ste A    Carson, CA 90746 |
| 1673705 | Arnold D. Scott | 14 Courtland Ave.    Stratham    NH 03885 |
| 1673710 | CBIZ Insurance Services | 200 Princeton South Corp. Cent    200 Charles Ewig Blvd    Ewing, NJ 08628 |
| 1673711 | Cedric Bishop | c/o Michael A. LaBollita, Esq.    150 East 18th St., Suite PHR    New York, NY 10003 |
| 1673712 | CIT | 21146 Network Place    Chicago, IL 60673 |
| 1673713 | City of Philippi | P. O. Box 460    Philippi, WV 26416 |
| 1673714 | Citynet, LLC | 100 Citynet Drive    Bridgeport, WV 26330 |
| 1673715 | Constellation | PO Box 5473    Carol Stream, IL 61097 |
| 1673716 | Dell Finance LLC | P O box 81577    Austin, TX 78708 |
| 1673717 | Enterprise Rent–A–Car, Inc. | 148 Carrier Way, Suite H    Scott Depot, WV 25560 |
| 1673718 | First Insurance Funding Corp. | PO Box 7000    Carol Stream, IL 60197 |
| 1673722 | Liaison International | 311 Arsenal Street    Watertown, MA 02472 |
| 1673723 | Longhouse Capital Advisors LLC | 1240 W. Barry Ave.    Chicago, IL 60657 |
| 1673724 | LRAP Risk Purchasing Group, LLC | 1011 Warrenville Road Ste 100    Lisle, IL 60532 |
| 1673726 | Peoples Bank | 201 Pennsylvania Ave    Charleston, WV 25302 |
| 1673727 | Philip E. Cline | PO Box 119    Huntington, WV 25706 |
| 1673734 | Sutter Roofing & Metal Company, LLC | PO Box 2036    Clarksburg, WV 26302 |
| 1673737 | The Registry | Attn: Amy Lauren Miller    3 Centennial Dr, Ste 320    Peabody, MA 01960 |

| | | | | | |
|---|---|---|---|---|---|
| 1673740 | WesBanco Bank Wheeling | 1 Bank Plaza | Wheeling, WV 26003 | | |
| 1673741 | WV State Tax & Revenue | P O Box 766 | Charleston, WV 25323 | | |
| 1673937 | D. Park Smith | Law Office of D. Park Smith | 250 Cherry Springs Road, Suite 200 | Hunt, TX 78024 | |
| 1673938 | TK Elevator Corp. | c/o Law Office of D. Park Smith | 250 Cherry Springs Road, Suite 200 | Hunt, TX 78024 | |
| 1674010 | Lawrence Jennings Tallman | 1938 Trinity Road | Belington, WV 26250 | | |
| 1674032 | MBS Textbook Exchange, LLC | 2711 W. Ash Street | Columbia, MO 65203–4613 | | |
| 1674044 | Andrea J. Bucklew | 3749 S Preston Hwy | Tunnelton, WV 26444 | | |
| 1674045 | Lawn and Home Services | c/o Carrol Harris | 866 Teter Crossing Road | Buckhannon, WV 26201 | |
| 1673707 | Barbour County Clerk | 26 North Main St. | Suite 1 | Philippi, WV 26416 | |
| 1673708 | Barbour County Sheriff – Tax Office | 26 North Main St. | Philippi, WV 26416 | | |
| 1674124 | 4Imprint | 101 Commerce St. | Oshkosh, WI 54901 | | |
| 1674125 | A–1 Exterminating | Rt 1 Box 454–A | Clarksburg, WV 26301 | | |
| 1674126 | Airgas USA LLC | 5355 Benedum Dr. | Shinnston, WV 26431 | | |
| 1675821 | Stacey M. Rogers | Post Office Box 104 | Grafton, WV 26354 | | |
| 1674129 | Amazon Capital Services Inc. | 410 Terry Ave N. | Seattle, WA 98109 | | |
| 1674130 | Amazon.com Corporate Credit | Synchrony Bank | P O Box 530958 | Atlanta, GA 30353 | |
| 1674132 | Andrea J. Bucklew | 3749 S. Preston Hwy | Tunnelton, WV 26444 | | |
| 1674133 | Asset Management Technologies LLC | 17039 Kenton Dr. | Floor 2 | Cornelius, NC 28031 | |
| 1674134 | Association for Advancing Quality in Educator | 173 Milkweed Dr. | Front Royal, VA 22630 | | |
| 1674135 | Baker Tilly Us, Llp | Box 78975 | Milwaukee, WI 53278 | | |
| 1674140 | Branded Custom Sportswear, Inc. | 7007 College Blvd. | Shawnee Mission, KS 66211 | | |
| 1674141 | BSN Sports | P.O. Box 841393 | Dallas, TX 75284 | | |
| 1677315 | Pig BellyEntertainment | 3064 ZOELLER ROAD | ALDEN, NY 14004 | | |
| 1674144 | Caldwell & Gregory LLC | 129 Broad St. Rd. | Manakin Sabot, VA 23103 | | |
| 1674145 | Carolina Biological Supply Company | 2700 York Rd. | Burlington, NC 27215 | | |
| 1674146 | CaseMetro LLC | 520 Lincoln Ave | Suite 200 | Downingtown, PA 19335 | |
| 1674147 | Casto Technical Services, Inc. | 540 Leon Sullivan Way | Charleston, WV 25301 | | |
| 1677317 | DLL Finance LLC | PO Box 2000 | Johnston, IA 50131 | | |
| 1674151 | Cengage Learning Inc. | 200 Pier 4 Blvd. | Boston, MA 02210 | | |
| 1674152 | Chad Hostetler, MA LPC | Barbour County Health Dept. | 23 Wabash Ave. | Philippi, WV 26416 | |
| 1674153 | Chem–Aqua Inc. | 2727 Chemsearch Blvd. | Irving, TX 75062 | | |
| 1674154 | Cintas Corp. | 6800 Cintas Blvd. | Mason, OH 45040 | | |
| 1677319 | Michael S. Garrison | Spilman Thomas & Battle | 48 Donley Street | Suite 800 | MORGANTOWN, WV 26507–0615 |
| 1674156 | CITCO Water | 4938 Benedum Dr. | Bridgeport, WV 26330 | | |
| 1677320 | Mountain East Conference | 48 Donley Street | Suite 800 | MORGANTOWN, WV 26501–0615 | |
| 1674159 | Civil War Trails Inc. | P O box 1862 | Williamsburg, VA 23187 | | |
| 1677322 | NCH Corporation | 2727 Chemsearch Blvd. | Irving, TX 75062 | | |
| 1677324 | Citynet LLC | 3600 University Ave | Morgantown, WV 26505 | | |
| 1674163 | Continental Moulding Company | 5733 Webster St. | Dayton, OH 45414 | | |
| 1674165 | Crest/Good Manufacturing Co. | 90 gordon Dr. | Syosset, NY 1791 | | |
| 1674167 | Division of Water and Waste Management | WV Dept of Environmental Protection | 601 57th St. SE | Charleston, WV 25304 | |
| 1674168 | Ecolab Inc. | 1 Ecolab Place | Saint Paul, MN 55102 | | |
| 1674169 | Educational Computer Systems, Inc. | 1200 Cherrington Parkway | Suite 200 | Coraopolis, PA 15108 | |
| 1674170 | Eide Bailly LLP | P O B 2545 | Fargo, ND 58108 | | |
| 1674173 | Emilie M. Smith | 1303 Goff School Rd. | Belington, WV 26250 | | |
| 1674174 | Employee | unpaid wages | | | |
| 1674175 | Employee | unpaid wagers | | | |
| 1674176 | employee | unpaid wages | | | |
| 1674177 | Encoura, LLC | 600 Congress Ave. | Suite 14025 | Austin, TX 78701 | |
| 1674180 | Filtech Inc. | 221 W 8th Ave | Homestead, PA 15120 | | |
| 1674181 | First Insurance Funding Corp. | 450 Skokie Blvd. | Suite 1000 | Northbrook, IL 60062 | |
| 1674182 | Fisher Auto Parts | P. O. Box 2246 | Staunton, VA 24402 | | |
| 1674183 | Formax Manufacturing Corp | 168 Wealthy St. SW | Grand Rapids, MI 49503 | | |
| 1674184 | Frontier Communications | 428 W. Main St. | Clarksburg, WV 26301 | | |
| 1674186 | GE Precision Healthcare LLC | 3000 N. Grandview Blvd | Waukesha, WI 53188 | | |
| 1674188 | Grainger | 100 Grainger Parkway | Lake Forest, IL 60045 | | |
| 1674189 | Guest Supply LLC | 300 Davidson Ave | Somerset, NJ 08873 | | |
| 1674190 | H. E. Neumann Company | 100 Middle Creek Rd. | Triadelphia, WV 26059 | | |
| 1674191 | Hampton Inn Willow Grove | 1500 Easton Rd. | Willow Grove, PA 19090 | | |
| 1674193 | Hawthorne Suites | 75 S View Dr. | Bridgeport, WV 26330 | | |
| 1674194 | Higher Education Policy Commission | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV 25301 | |
| 1674195 | HigherEdJobs | 715 Lake St. | Suite 400 | Oak Park, IL 60301 | |
| 1674197 | Illume Media Group LLC | 1881 Harmony Grove Rd. | Grafton, WV 26354 | | |
| 1674198 | Independent College Enterprise Inc | 2300 MacCorkle Avenue SE | Charleston, WV 25303 | | |
| 1674199 | Internal Revenue Service | payroll tax | P O Box 7346 | Philadelphia, PA 19101 | |
| 1674201 | John Deere Financial | Customer Service | P. O. Box 6600 | Johnston, IA 50131 | |
| 1674203 | Johnstone Supply | 125 Platinum Dr. | Bridgeport, WV 26330 | | |
| 1674204 | Kelly Generator & Equipment, Inc. | 50 technology Dr | Coal Center, PA 15423 | | |
| 1674205 | Kevin M. Marshburn | Director of Residence Life – Belmont Abb | 100 Belmont Mt Hoolly Rd. | Belmont, NC 28012 | |
| 1674207 | | | | | |

```
1674206    Lawrence Home Services    2003 Carroll Harris    3607 Teter Crossing Rd.    Buckhannon, WV
           26201
1674208    Leonard's Grill    238 W. Main St.    Grafton, WV 26354
1674211    Lowe's Companies Inc    1000 Lowes Blvd.    Mooresville, NC 28117
1674212    LRAP Risk Purchasing Group, LLC    1011 Warrenville Road Ste 100    Lisle, IL 60532
1674214    MBS Textbook Exchange Inc.    2711 W. Ash St.    Columbia, MO 65203
1674218    MIddletown Tractor Sales    136 Billingsley Dr.    Buckhannon, WV 26201
1674219    Mock Medical Tools    P O Box 269    Terril, IA 51364
1674220    MON Power    P O Box 3615    Akron, OH 44309
1674221    Morgantown Printing & Binding    915 Green Bag Rd.    Morgantown, WV 26508
1674224    National Association of College Stores    528 E. Lorain St.    Oberlin, OH 44074
1674226    New Engler Flag & Banner    12 Henshaw St.    Woburn, MA 01801
1674227    NewTech Systems Inc.    1850 Dalton Ave.    Ashland, KY 41102
1674228    Oak Hall Industries    251 Lee Hwy    Chilhowie, VA 24319
1674231    Paris Vaughan    Associate Head Track & Field Coach Leno    625 7th Ave NE    Hickory, NC
           28601
1674232    PartnerShip LLC    528 E. Lorain St.    Oberlin, OH 44074
1674233    Patel & Patel MD Inc.    401 Division St    Suite 306    Charleston, WV 25309
1674234    Paula Daniels    Admission – Fairmont State University    1201 Locust Ave.    Fairmont, WV
           26554
1674235    Payne Publishers    8707 quarry Rd.    Manassas, VA 20110
1674236    Pearson Education Publishing Co.    330 Hudson St.    New York, NY 10013
1674242    Pig Belly Entertainment    3064 Zoeller Rd.    Alden, NY 14004
1674250    Pro–Vision Video Systems    8625 Byron Commerce Dr. SW    Byron Center, MI 49315
1674253    Quinch USA Inc.    630 Allendale Rd.    Suite 200    King Of Prussia, PA 19406
1674254    Rave Wireless Inc.    492 Old Connecticut Path    Suite 2    Framingham, MA 01701
1674255    Refried Tees    630 Belleville Ave.    New Bedford, MA 02745
1674257    Robertson Heating Supply Co.    400 N. Ohio Ave    Clarksburg, WV 26301
1674258    Royal Glass LLc    66 Spencer Dr.    Fairmont, WV 26554
1674261    Sherwin Williams    101 W Prospect Ave.    Cleveland, OH 44115
1674262    Sodexo, Inc. & Affiliates    Campus Box 2152    Philippi, WV 26416
1674265    Sprint Headquarters    6200 Sprint Pkwy.    Shawnee Mission, KS 66251
1674266    Stallard Technologies Inc.    16041 Marty Circle    Stilwell, KS 66085
1674269    Stewart's Sanitation    415 Morgantown Pike    Belington, WV 26250
1674270    Sunset Outdoor Supply Inc.    2184 Cheat Rd.    Morgantown, WV 26508
1674273    Talbott Glass    1110 Cole Ave    Elkins, WV 26241
1674275    Teresa D. VanAlsburg    WV Wesleyan College    59 College Ave.    Buckhannon, WV 26201
1674277    The Fanatic Group    301 Goolsby Blvd.    Deerfield Beach, FL 33442
1674278    The Philippi Municipal Building Commission    344 S. Main St.    Philippi, WV 26416
1674280    The Registry    3 Centennial Dr    Peabody, MA 01960
1674281    Thermo Fisher Financial Services Inc.    168 Third Ave.    Waltham, MA 02451
1674282    Thermo Fisher Scientific Inc    8365 Valley Pike    Middletown, VA 22645
1674284    TK Elevator    c/o Law Office of D. Park Smith    250 Cherry Springs Rd., Suite 200    Hunt, TX
           78024
1674285    Toyota Financial Services    P O Box 22171    Tempe, AZ
1674288    Unifirst Corporation    68 Jonspin Rd.    Wilmington, MA 01887
1674290    University Frames Inc.    3060 E Miraloma Ave    Anaheim, CA 92806
1674292    Vantage Custom Classics    100 Vantage Dr.    Avenel, NJ 07001
1674294    Walnut Lane Floral    220 N. Walnut St.    Philippi, WV 26416
1674295    WBRB–FM    1065 Radio Park Dr.    Mount Clare, WV 26408
1674297    West Virginia Higher Education Policy Commiss    1018 Kanawha Blvd E    Suite 700    Charleston, WV
           25301
1674300    WVICU    c/o Three Point Strategies LLC    P O box 7058    Charleston, WV 25356
1674301    Ysi Inc.. a Xylem brand    1700 Brannum Lane    Yellow Springs, OH 45387
1674304    Chelsea Mayle    153 Hanging Rock Road    Philippi, WV 26416
1674305    Edward Paul Burda    1532 S. Davis Ave    Elkins, WV 26241
1674306    Carrie Bodkins    30 6th Street    Belington, WV 26250
1675822    First Citizens Bank & Trust Company    PO Box 593007    San Antonio, TX 78259
1674316    Bates Carpet & Furniture Center    2829 Beverly Pike    Elkins, WV 26241
1674317    Beckley Pediatric Association Ltd    30 Mallard Ct.    Beckley, WV 25801
1674320    Builder's Center Inc.    1468 Lunice Creek Hwy    Petersburg, WV 26847
1674322    Caldwell & Gregory LLC    129 Broad St. Rd.    Manakin Sabot, VA 23103
1674325    Casto Technical Services, Inc.    540 Leon Sullivan Way    Charleston, WV 25301
1674326    CBORD Group Inc.    950 Danby Rd.    Suite 100C    Ithaca, NY 14850
1674333    Coffman's Electrical Service Inc.    51 Aspen Lane    Elkins, WV 26241
1674334    Constellation Energy    1310 Point St.    Baltimore, MD 21231
1674336    Council for Higher Education Accreditation    One Dupont Circle    Suite 510    Washington, DC
           20036
1674342    Elsevier Inc.    1600 John F. Kennedy Blvd.    Suite 1800    Philadelphia, PA 19103
1674346    Enterprise Car Rental    Tolls    600 Corporate Park Dr.    Saint Louis, MO 63105
1674352    Galls, Inc.    1340 Russell Cave Rd.    Lexington, KY 40505
1674354    Graham–Simon Plumbing Co., LLC    176 Simpson St.    Clarksburg, WV 26301
1674359    Hawkes Learning    546 Long Point Rd.    Mount Pleasant, SC 29464
1674362    Highmark Blue Cross Blue Shield West Virginia    614 Market St.    Parkersburg, WV 26101
1677407    Theresa D. McVicker    15 Elk City Road    Philippi WV 26416
1677408    Irina V. Rodimtseva    347 Satterfield Street    Fairmont, WV 26554
1674366    Johnson Controls Fire Protection    3650 Concorde Parkway    Suite 200A    Chantilly, VA 20151
1674370    LaQuentin Taylor    LaGrange College    601 Broad St.    Lagrange, GA 30240
```

| | | | | |
|---|---|---|---|---|
| 1674378 | Zoom Video Communications | 6601 college Blvd | Suite 120 | Overland Mission KS 66211 |
| 1674381 | McCarty's Portable Toilets | 2670 Berlin Rd. | Weston, WV 26452 | |
| 1674383 | MBS Textbook Exchange Inc. | 2711 W. Ash St. | Columbia, MO 65203 | |
| 1674384 | McCarty's Portable Toilets | 2670 Berlin Rd. | Weston, WV 26452 | |
| 1674385 | Merchants Automotive Group Inc. | 1278 Hooksett Rd. | Hooksett, NH 03106 | |
| 1674387 | MIddletown Tractor Sales | 136 Billingsley Dr. | Buckhannon, WV 26201 | |
| 1674390 | Mountaineer Gas Services LLC | P O Box 5201 | Charleston, WV 25361 | |
| 1674391 | Mr. Mike Ross | 29 Martin St. | Buckhannon, WV 26201 | |
| 1674393 | Nelnet Business Services | 121 S 13th St. Lincoln, NE 68508 | | |
| 1677428 | Sutter Roofing and Metal Company, Inc. | PO Box 2036 | Clarksburg, WV 26302–2036 | |
| 1674405 | Peoples Bank | 14 North Locust St. | Buckhannon, WV 26201 | |
| 1674406 | Peoples Bank | 5 S. Main St. | Philippi, WV 26416 | |
| 1674410 | Philippi Baptist Church | 69 Church St. | Philippi, WV 26416 | |
| 1674412 | Pitney Bowes Global Financial Services | 3001 Summer St. | Stamford, CT 06905 | |
| 1674413 | Pitt Ohio Express LLC | 15 27th St. | Pittsburgh, PA 15222 | |
| 1674415 | PNC Equipment Finance | PO Box 931034 | Cleveland, OH 44193 | |
| 1674416 | Pocket Nurse | 610 Frankfort Rd. | Monaca, PA 15061 | |
| 1674417 | Premier Bank Inc. | 500 S. Minnesota Ave | Sioux Falls, SD 57104 | |
| 1674420 | Public Service Commission | P O box 812 | Charleston, WV 25323 | |
| 1674421 | Purchasing Power LLC | 2727 Paces Ferry Rd. SE | Building 2, Suite 1200 | Atlanta, GA 30339 |
| 1674425 | Rittenhouse Book Distributors Inc. | 511 Feheley Dr. | King Of Prussia, PA 19406 | |
| 1674429 | Scenario Learning LLC | 4890 W Kennedy Blvd Suite 300 | Tampa, FL 33609 | |
| 1674431 | Sodexo, Inc. & Affiliates Campus | Box 2152 | Philippi, WV 26416 | |
| 1674432 | SOSMetal Products Inc. | 2495 E Tioga St. | Philadelphia, PA 19134 | |
| 1674249 | PrismRBS LLC | 1501 Reedsdale Street | Suite 5000 | Pittsburgh PA 15233 |
| 1674437 | Sterling Publishing | 33 East 17th St. | New York, NY 10003 | |
| 1674440 | Superior Environmental Services LLC | 538 Country Club Road | Buckhannon, WV 26201 | |
| 1674443 | Taylor & Francis Group LLC | 2385 NW Executive Center Dr. Suite 320 | Boca Raton, FL 33431 | |
| 1674446 | The Fanatic Group | 301 Goolsby Blvd. | Deerfield Beach, FL 33442 | |
| 1674458 | United Laboratories, Inc. | 320 37th Ave. | Saint Charles, IL 60174 | |
| 1674460 | USDA Rural Development | Weston Area Office | 24 Gateway Road | Weston, WV 26452 |
| 1674462 | Visual Edge IT | 1315 Buckhannon Pike | Clarksburg, WV 26301 | |
| 1674476 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1674477 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1674478 | Jesse E. Saffle | 10727 Audra Park Road | Buckhannon, WV 26201 | |
| 1673728 | PNC BANK | Post Office Box 3429 | Pittsburgh, PA 15230 | |
| 1674379 | Manpower | 100 Manpower Place | Milwaukee, WI 53212 | |
| 1674259 | Mr. Joshua Russell Roberts | Administrator for the Estate of | Samuel K. Roberts | 3431 Poplar Ave    Pittsburgh, PA 15234 |
| 1674577 | MPB Print & Sign Superstore | 915 Greenbag Road | Morgantown, WV 26508 | |
| 1674230 | Oxford University Press | Customer Service Dept | 4000 Centregreen Way | Suite 310    Cary, NC 27513 |
| 1674598 | Payne Publishers, Inc. | Attn: Accounting Department | 8707 Quarry Rd | Manassas, VA 20110 |
| 1674599 | Longhouse Capital Advisors, LLC | 1240 W BARRY AVE | CHICAGO, IL 60657 | |
| 1674619 | Baker Tilly US, LLP | 4807 Innovate Lane | Madison, WI 53718 | |
| 1674634 | H.E. Neumann Co. | 100 Middle Creek Rd. | Triadelphia, WV 26059 | |
| 1674766 | The Sherwin Williams Company | 2000 Georgetowne Dr., Suite 400 | Sewickley, PA 15143 | |
| 1674767 | Timmy L. Mayle | 76 Olive Hill Rd | Philippi, WV 26416 | |
| 1674768 | Kathy Dawn Wolfe | 664 Whitman Run Rd | Philippi, WV 26416 | |
| 1674801 | PNC BANK NATIONAL ASSOCIATION | ROBERT E. WALTON | FLAMM WALTON HEIMBACH | 794 PENLLYN PIKE, SUITE 100    BLUE BELL, PA 19422–1669 |
| 1674822 | Derek Watkins LLC dba Leonard's Grill | 238 W Main Street | Grafton, WV 26354 | |
| 1674941 | U.S. Department of Labor / Employee Benefits Security Administration | 1335 East–West Highway, Suite 200 | Silver Spring, MD 20910 | |
| 1674942 | Alderson Broaddus University 403(b) DC Plan | 1335 East–West Highway, Suite 200 | Silver Spring, MD 20910 | |
| 1675277 | Mock Medical, LLC. | Post Office Box 269 | Terril, Iowa 51364 | |
| 1675278 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675279 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675280 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675281 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675282 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675283 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675284 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675285 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675286 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675287 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675288 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675289 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675290 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675291 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675292 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675293 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675294 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 |
| 1675301 | Angela D. Vanscoy | 5110 Nestorville Road | Philippi, WV 26416 | |
| 1675302 | Robert and Chrystal Kelley | Post Office Box 224 | West Milford, WV 26451 | |
| 1675318 | A–1 EXTERMINATING CO., INC. | 2304 GOOD HOPE PIKE | CLARKSBURG, WV 26301    ATTN: SAM CAPUTO    , | |

```
1675323    Terra Giuli       Post Office Box 52         Philippi WV 26416
1675324    Cary Lindgren Walters       15939 Allegheny Hwy       Bowden, WV 26254
1675395    Busch, Zurbuch and Thompson, PLLC       Post Office Box 1819       Elkins, WV 26241
1675396    Bates Carpet & Furniture Center       Post Office Box 2772       Elkins, WV 26241
1675397    Kari Sisk       294 Greystone Drive       Philippi, WV 26416
1675398    Nathan Satzer       408 Civitan Street       Morgantown, WV 26505
1675399    Neeley Satzer       408 Civitan Street       Morgantown, WV 26505
1675506    Manpower of WV, Inc.       PO Box 385       Huntington, WV 25708–0385
1675544    CITCO Water       4034 Altizer Avenue       Huntington, WV 25705
1675678    Karla Renee Hively       50 Pine Glen Drive       Philippi, WV 26416
1675776    James Martin Owston       Post Office Box 5202       Beckley WV 25801
1675778    James T. Barry       13433 Ballentine Street       Overland Park, KS 66213
1675779    David A. Delauder       2708 Fountain Lane       Vinton, VA 24179–1502
1674172    Emad Mousa       c/o Alpha Addiction Advocates Treatment       1043 Harding Memorial Phwy       Marion, OH 43302
1674200    Irvin & Toedt LLC       213 Wasbash Ave       Buckhannon, WV 26201
1674217    Michael D. Kochka       Wheeling University       316 Washington Ave       Wheeling WV 26003
1674267    State Electric Supply       2010 2nd Avenue       Huntington, WV 25703
1674283    Thomas Frank Moore PA–C       7210 Scottsdale Road       Fairmont WV 26554
1674229    Oak Hill Publishing Company       Box 6473       Naperville IL 60567
1674298    World Fuel Services Inc.       9800 Northwest 41st Street       Suite 400       Miami, FL 33178
1673703    Alexanderia Herron on behalf of others simila       c/o Anthony Majestro, Esq.       405 Capital Street       Suite 1200       Charleston, WV 25301
1674264    Specialty Chemical Company       2018 King Edward Ave SE       Cleveland TN 37311
1674286    Tri–State Roofing & Sheet Metal Company Inc       101 South Meadville Road       Davisville WV 26142
1674287    Turnitin, LLC       2101 Webster St.       Suite 1800       Oakland, CA 94612–2946
1673735    Teresa Van Alsburg on behalf of other similar       c/o Anthony Majestro, Esq.       405 Capitol St., Suite 1200       Charleston, WV 25301
1675880    Constellation NewEnergy – Gas Division, LLC       1310 Point Street       Baltimore, MD 21231
1675886    Lora R. Bryant       713 Natural Bridge Road       French Creek, WV 26218
1676009    Ford Motor Credit – Leased       PO Box 65057       Dallas TX 76265
1676016    Phillip Northey       214 Westwood Ave.       Bridgeport, WV 26330
1676023    AAA South Central Ohio       1414 12th St.       Portsmouth, OH, 45662
1676024    AAQEP       Assoc for Advancing Quality in Educator       173 Milkweed Dr.       Front Royal, VA, 22630
1676025    Almabase, Inc.       2443 Fillmore St.       San Francisco, CA, 94115
1676026    American Benefit Corporation       9200 US Route 60       Ona, WV, 25545
1676027    American Fence Co LLC       200 7th St.       Fairmont, WV, 26554
1676028    Apperson       P O Box 480309       Charlotte, NC, 28269
1676030    Barbour County Chamber of Commerce       Box 2124       Philippi, WV, 26416
1676031    Blackbaud       65 Fairchild St.       Charleston, SC, 29492
1676032    Blaine Window Hardware Inc       17319 Blaine Dr.       Hagerstown, MD, 21740
1676033    Blueville Laundry       226 Lincoln St.       Grafton, WV, 26354
1676034    BMI       10 Music Sq. E.       Nashville, TN, 37203
1676035    Carpenter Bus LLC       132 Royal Oaks Blvd       Franklin, TN, 37067
1676036    Carrier Enterprise       4300 Golf Acres Dr.       Charlotte, NC, 28208
1676037    CDW Government Inc.       7927 Jones Branch Dr.       McLean, VA, 22102
1676038    ClubCar LLC       P O Box 204658       Augusta, GA, 30917
1676039    College House       3495 Piedmont Rd. NE       Building 12, Suite 402       Atlanta, GA, 30305
1676040    Collegiate Enterprise Soluions       3 Centennial Dr. #50G       Peabody, MA, 01960
1676041    Community Foundation of the Chattahoochee       Valley       1340 13th St.       Columbus, GA, 31901
1676042    Consensus Cloud Solutions       700 S. Flower St.       15th Floor       Los Angeles, CA, 90017
1676043    Creative Knitware Inc.       P O box 921852       Norcross, GA, 30010
1676044    Cross Pump & Equipment co.       5014 Raven Dr.       Charleston, WV, 25306
1676045    Davis Consulting Group LLC       18570 Windsor Forest Rd.       Mount Airy, MD, 21771
1676046    eFax Corporate       700 Flower St.       15th Fl       Los Angeles, CA, 90017
1676047    Embassy Suites       7930 Jones Branch Dr.       McLean, VA, 22102
1676048    FedEX       942 South Shady Grove Rd.       Memphis, TN, 38120
1676049    Ferguson Enterprises Inc.       751 Lakefront Commons       Newport News, VA, 23606
1676050    First Citizens Bank & Trust Co.       2807 Jefferson St. N       Lewisburg, WV, 24901
1676051    Franklin Athletic Boosters       750 E 4th St.       Franklin, OH, 45005
1676052    Gas & Oil Association of West Virginia       300 Suymmers St. Suite 820       Charleston, WV, 25301
1676053    Health Equipment Services       29 S. Sixth St.       Suite 203       Indiana, PA, 15701
1676054    HUDL       29775 Network Place       Chicago, IL, 60673
1676055    J F Allen Company       5856 Saltwell Rd.       Bridgeport, WV, 26330
1676056    Jardine Associates       200 Compass Circle       North Kingstown, RI, 02852
1676086    Journeyed.com, Inc.       80 E McDermott Dr       Allen, TX, 75002
1676087    Kaiser's Coffee & Candy Inc       1065 Point Pleasant Rd       Belington, WV, 26250
1676088    Land of Canaan Homeowner's Association Inc.       99 EFG Dr.       Davis, WV, 26260
1676089    Loeb & Loeb LLP       345 Park Ave       New York, NY, 10154
1676090    Marion County Sheriff       Tax Office       200 Jackson St., #101       Fairmont, WV, 26554
1676091    Martin's Turf Care       86 Ranch Rd.       Fairmont, WV, 26554
1676092    Maryland Child Support       P O box 17396       Baltimore, MD, 21297
1676093    McAllister & Quinn       1625 Eye St. NW       suite 750       Washington, DC, 20006
1676094    McCoy's Elevator Inspection LLC       317 Poplar Dr.       Scott Depot, WV, 25560
1676095    MCM Business Systems       1315 Buckhannon Pike       Clarksburg, WV, 26301
1676096    Medco Supply Inc.       P O Box 234038       Encinitas, CA, 92023
1676097    Micrologic, Inc.       P O Box 328       Buckhannon, WV, 26201
```

| | | | | | |
|---|---|---|---|---|---|
| 1676098 | National League of Nursing | 2600 Virginia Ave NW | 8th Floor | Washington, DC, 20037 | |
| 1676099 | NComputing Global Inc | 400 Concar Dr. | 4th Floor | San Mateo, CA, 94403 | |
| 1676122 | New Pinnacle Consulting Grou[ | 19825 B N Cover Rd. #105 | Cornelius, NC, 28031 | | |
| 1676123 | Nordic Co., Inc. | 5 Tripps Lane | Riverside, RI, 02915 | | |
| 1676124 | Northwestern Mutual Life Insurance Co. | 99 Cambridge Place | Bridgeport, WV, 26630 | | |
| 1676125 | Notifii LLC Software | 8150 Sierra College Blvd. | Suite 230 | Roseville, CA, 95661 | |
| 1676126 | Omnigo Software | 10430 Baur Blvd #1905 | Saint Louis, MO, 63132 | | |
| 1676127 | PA Turnpike Poll by Plate | 300 East Park Dr. | Harrisburg, PA, 17111 | | |
| 1676128 | Physician Assistant Education Association (PAEA) | 655 K St. NW | Suite 700 | Washington, DC, 20001 | |
| 1676129 | Principal Life Insurance Co. | P O box 10431 | Des Moines, IA, 50306 | | |
| 1676130 | Pro Tuff Decals | 7505 Eastgate Rd. | Crystal Lake, IL, 60014 | | |
| 1676131 | Regroup Mass Notification | 3400 N. Central Expy | #110–256 | Richardson, TX, 75080 | |
| 1676132 | Roane County Sheriff | Tax Department | 200 Main St. | Spencer, WV, 25276 | |
| 1676134 | SESAC Inc   Society of European State Authors and | Composers | 35 Music Sq. E | Nashville, TN, 37203 | |
| 1676135 | Sigma–Aldrich, Inc. | P O Box 14508 | Omaha, NE, 68178 | | |
| 1676136 | Source4 | 19520 W. Catawba Ave | Suite 113 | Cornelius, NC, 28031 | |
| 1676137 | Stationers, Inc. | 100 Co Rd 2/19 | Huntington, WV, 25702 | | |
| 1676138 | Tennant Company | 10400 Clean St. | Eden Prairie, MN, 55344 | | |
| 1676139 | Texas Book Company | 8501 Technology Cir | Greenville, TX, 75402 | | |
| 1676140 | The Inter–Mountain | 520 Railroad Ave. | Elkins, WV, 26241 | | |
| 1676142 | The Standard Insurance Company | 1100 SW Sixth Ave. | Portland, OR, 97204 | | |
| 1676143 | The Wall Street Journal | Customer Service | 1211 Avenue of the Americas | New York, NY, 10036 | |
| 1676144 | TimeClock Plus Software | 11902 Burnet Rd. | Suite 350 | Austin, TX, 78758 | |
| 1676145 | Triform Custom Apparel | 7007 College Blvd | #240 | Shawnee Mission, KS, 66211 | |
| 1676146 | Unite | 2202 Farleigh Rd. | Columbus, OH, 43221 | | |
| 1676147 | United States Postal Service | 105 Railroad St. | Philippi, WV, 26416 | | |
| 1676148 | US Department of Labor | Alderson Broaddus University 403(b) DC P | 1335 East–West Highway Suite 200 | Silver Spring, MD, 20910 | |
| 1676149 | VoIP Supply | 80 Pineview Dr | Buffalo, NY, 14228 | | |
| 1676150 | W&W Quick Pit and Car Wash | 15920 Barbour County Hwy | Philippi, WV, 26416 | | |
| 1676151 | Waterlogic USA | 77 McCullough Dr | #9 | New Castle, DE, 19720 | |
| 1676152 | West Virginia Division of Labor | 1900 Kanawha Blvd E | Build 3 Room 200 | Charleston, WV, 25305 | |
| 1676153 | West Virginia Wesleyan College | 59 College Ave. | Buckhannon, WV, 26201 | | |
| 1676154 | Westcom Wireless | 2733 Leechburg RD | New Kensington, PA, 15068 | | |
| 1676155 | WEX Bank by Raisin | 111 East Sego Lilly Dr. | Midvale, UT, 84047 | | |
| 1676156 | Workforce West Virginia | 153 West Main St. | Suite B | Clarksburg, WV, 26301 | |
| 1676157 | WV Dept of Environmental Protection | Division of Water and Waste Management | 601 57th St. SE | Charleston, WV, 25304 | |
| 1676158 | WVCFN – West Virginia Nursing Scholarship | Program | 1018 Kanawha Blvd E | Suite 700 | Charleston, WV, 25301 |
| 1676159 | Zoho Corp. | 4141 Hacienda Dr | Napa, CA, 94558 | | |
| 1676160 | Blackbaud Raiser's Edge | 65 Fairchild St. | Charleston, SC, 29492 | | |
| 1676161 | CIT Finance LLC | 10201 Centurion Parkway N. | #100 | Jacksonville, FL, 32256 | |
| 1676162 | FACTS Management Company | 100 North 56th St. | Suite 306 | Lincoln, NE, 685 | |
| 1676163 | Arellano University | 2600 Legarda St. | Sampaloc, Manila Philippines | | |
| 1676181 | ThyssenKrupp Elevator | 901 Morris St. | Charleston, WV, 25301 | | |
| 1676182 | Connect for Education | 620 Herndon Parkway | Suite 200 | Herndon, VA, 20170 | |
| 1676183 | Pepsico | 700 Anderson Hill Rd. | Purchase, NY, 10577 | | |
| 1676184 | MedProctor LLC | 2126 21st Ave S. | Nashville, TN, 37212 | | |
| 1676185 | Passageways | 8 North 3rd St. | Suite 101 | Lafayette, IN, 47901 | |
| 1676186 | Xerox | 201 Merritt 7 | Norwalk, CT, 06851 | | |
| 1676187 | Northeast Natural Energy LLC | 707 Virginia St E | Suite 1200 | Charleston, WV, 25301 | |
| 1676903 | Danny Lee Franke | 161 Hilltop Drive | Philippi WV 26416 | | |
| 1676917 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355–0701 | |
| 1676133 | Robert and Chrystal Kelley | P O Box 224 | West Milford, WV, 26451 | | |
| 1676011 | Deanna Leach | 223 Dunkin Ave | Bridgeport, WV 25330 | | |
| 1677112 | Austin H. O'Conner | 1527 7th Avenue | Charleston, WV 25387 | | |
| 1677664 | Emily J. Rosier | 643 Tacy Sunshine Rdg. Road | Philippi, WV 26416 | | |
| 1677676 | Alderson–Broaddus Endowment Corporation | 101 College Hill Dr. | Philippi, WV 26416–4600 | | |
| 1677677 | Barbour County Sheriff – Tax Office | 8 North Main St. | Philippi, WV 26416–1121 | | |
| 1677678 | City of Philippi | P O Box 460 | Philippi, WV 26416–0460 | | |
| 1677679 | Freedom Bank | Philippi Branch | 124 S. Main St. | Philippi, WV 26416 | |
| 1677680 | Internal Revenue Service | Central Insolvency | P O Box 7346 | Philadelphia, PA 19101–7346 | |
| 1677681 | Internal Revenue Service | Centralized Insolvency | P O Box 7346 | Philadelphia, PA 19101–7346 | |
| 1677682 | Nesco, Inc. | 709 MIddletown Rd. | Fairmont, WV 26554–5451 | | |
| 1677683 | Peoples' Bank | 1200 3rd Ave. | Huntington, WV 25701–1510 | | |
| 1677684 | Petroleum Development Corp. | P O Box 26 | Bridgeport, WV 26330–0026 | | |
| 1677685 | Philippi Municipal Building Commission | Wells Fargo – Master Trustee | 344 S. Main St. | Philippi, WV 26416–1252 | |
| 1677686 | Preston County Sheriff | Tax Office | 103 W. Main St. | Kingwood, WV 26537–1135 | |
| 1677687 | Roane County Sheriff | Tax Office | 200 Main St. | Spencer, WV 25276–1411 | |
| 1677688 | Tucker County Sherriff | Tax Office | 215 1st St. | Parsons, WV 26287–1277 | |

| | | | | |
|---|---|---|---|---|
| 1677689 | U.S. Attorney's Office | Northern District of West Virginia | P.O. Box 591 | Wheeling, WV 26003–0011 |
| 1677690 | USDA – Rural Development | WV Office | 1550 Earl Core Rd., Suite 101 | Morgantown, WV 26505–5920 |
| 1677691 | USDA Rural Development | WV Office | 1550 Earl Core Rd, Suite 101 | Morgantown, WV 26505–5920 |
| 1677692 | United States Trustee | 2025 United States Courthouse | 300 Virginia Street East | Charleston, WV 25301–2503 |
| 1677693 | WV Department of Environmental Protection | 601 57th St., SE | Charleston, WV 25304–2300 | |
| 1677694 | WV State Tax & Revenue | Bankruptcy Unit | P O box 766 | Charleston, WV 25323–0766 |
| 1677695 | WV State Tax & Revenue | P O Box 766 | Charleston, WV 25323–0766 | |
| 1677696 | Workforce WV | 40 Commerce Dr. | Suite 200 | Morgantown, WV 26501–3952 |
| 1677697 | Sarah C. Ellis | Steptoe and Johnson | P.O. Box 1588 | Charleston, WV 25326–1588 |
| 1677698 | Thomas Fluharty | 408 Lee Avenue | Clarksburg, WV 26301–3638 | |
| 1677699 | Sodexo and its affiliates | Adrienne Vadell Sturges, VP & Assoc. Gen Counsel | 915 Meeting Street, 15th Floor | North Bethesda, MD 20852 |
| 1677700 | Independent College Enterprise, Inc. | c/o Bruce M. Jacobs | Spilman Thomas & Battle, PLLC | 300 Kanawha Boulevard, East    Charleston, WV 25301 |
| 1677701 | Liaison International LLC | 311 Arsenal Street, Suite 5600 | Watertown, MA 02472 | , |
| 1677702 | Othot, Inc. | 311 Arsenal Street, Suite 5600 | Watertown, MA 02472 | , |
| 1677730 | Pitney Bowes Global Financial Services LLC | 27 Waterview Drive | Shelton, CT 06484 | |
| 1677734 | City of Phillipi | PO Box 460 | Phillipi, WV 26416 | |
| 1677735 | Peoples Bank | 201 Pennsylvania Avenue | Charleston, WV 25302 | |
| 1677736 | Teresa Vanalsburg, indiv & on behalf of class pled | c/o Anthony J. Majestro, Esq. | Powell & Majestro PLLC | 405 Capitol Street, Suite 807    Charleston, WV 25301 |
| 1677737 | Samantha Croston, indiv & on behalf of class pled | c/o Anthony J. Majestro, Esq. | Powell & Majestro PLLC | 405 Capitol Street, Suite 807    Charleston, WV 25301 |
| 1677893 | Tammy Jean Tallman | 1938 Trinity Road | Belington, WV 26250 | |
| 1677896 | Bailey Fedun | 393 Raymondskill Road | Milford PA 18337 | |
| 1677933 | Pitney Bowes Inc | 27 Waterview Dr, 3rd Fl | Shelton, CT 06484 | |
| 1677950 | U.S. Department of Education | 400 Maryland Ave, SW | Washington, DC, 20202 | |
| 1678094 | Lykins Energy Solutions | 9800 NW 41 Street | Miami, FL 33178 | |
| 1680121 | Kimberly A. Levy | WorkForce West Virginia | 1900 Kanawha Blvd East | Bldg. 3 Suite 300    Charleston, WV 25305 |
| 1680122 | WorkForce West Virginia | 1900 Kanawha Blvd. East | Bldg. 3 Suite 300 | Charleston, WV 25305 |
| 1676029 | Arete Advisors LLC | 4800 T–Rex Ave | Suite 350 | Boca Raton FL 33431 |
| 1680702 | U.S. Department of Health and Human Services, HRSA | Eric Wolfish, HHS/OGC | 801 Market St., Ste 9700 | Philadelphia, PA 19107 |
| 1675300 | Christopher Brian Knotts | Post Office Box 455 | Anmoore WV 26323–0455 | |
| | Mike Ross, Inc. | 345 Moton Avenue | Buckhannon, WV 26201 | |
| | Earl Maxwell, Esq. | P.O. Box 100 | Dailey, WV 26259 | |

TOTAL: 417