# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−2 | User: ad | Date Created: 6/6/2024 |
| Case: 2:23−bk−00427 | Form ID: pdfdoc | Total: 24 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr | Thomas Fluharty | thfaal@aol.com |
| aty | Anthony J Majestro | amajestro@powellmajestro.com |
| aty | Bruce Michael Jacobs | bjacobs@spilmanlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Joe M. Supple | info@supplelawoffice.com |
| aty | Michael R. Proctor | mproctor@bowlesrice.com |
| aty | Morgan McKee | morgan.mckee@usdoj.gov |
| aty | Sarah C. Ellis | sarah.ellis@steptoe−johnson.com |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |
| aty | Steven L. Thomas | sthomas@kaycasto.com |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Alderson Broaddus University Inc. | P O Box 2035    Philippi, WV 26416 |
| cr | Teresa Vanalsburg    c/o Spencer D. Elliott    Lewis Gianola PLLC    300 Summers Street, Suite 700    Charleston, WV 25301 | |
| acc | Brown, Edwards & Company, L.L.P    3906 Electric Road    Roanoke, VA 24018 | |
| db | Alderson−Broaddus Endowment Corporation    101 College Hill Dr.    Philippi, WV 26416 | |
| cr | United States Department of Agriculture, Farm Service Agency    1550 Earl L. Core Rd    Suite 102    Morgantown, WV 26505−5920 | |
| cr | United States Health Resources and Services Administration    5600 Fishers Lane    Rockville, MD 20857 | |
| cr | Samantha Croston    c/o Spencer D. Elliott    Lewis Gianola PLLC    300 Summers Street, Suite 700    Charleston, WV 25301 | |
| cr | DACK Investments, LLC    c/o Michael Proctor / Bowles Rice LLP    1800 Main St, Ste 200    Canonsburg, PA 15317 | |
| acc | Kelli Cobb    Smith, Elliott & Kearns & Company, LLC    19405 Emerald Square    Suite 1400    Hagerstown, MD 21742 | |
| cr | Christopher Brian Knotts    Post Office Box 455    Anmoore, WV 26323−0455 | |
| aty | Jami B. Nimeroff    Brown McGarry Nimeroff LLC    Two Penn Center, Suite 610    1500 John F. Kennedy Blvd    Philadelphia, PA 19102 | |
| | Mike Ross    345 Morton Avenue    Buckhannon, WV 26201 | |

TOTAL: 12