IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**ALDERSON BROADDUS UNIVERSITY, INC., ET AL.,**   Case No. 23-00427
   Chapter 7
**Debtors.**[1]

## NOTICE OF UPSET BID AND AUCTION

**PLEASE TAKE NOTICE** that, Thomas H. Fluharty, Chapter 7 Trustee for the administratively consolidated bankruptcy estates of Alderson Broaddus University, Inc. and Alderson-Broaddus Endowment Corporation, has received a timely upset bid in the amount of $19,000.00 for the Mutschelknaus Coal interests and $2,000.00 for Coal, Oil, Gas Outside WV pursuant to the *Trustee's Omnibus Motion to Sell* Property [Doc. # 195]. Both upset bids were made by Crane Holdings, LLC prior to the June 3, 2024 upset bid deadline, and therefore qualify as alternative minimum bids. The Trustee hereby gives notice that a telephonic auction will be conducted by the Trustee on **Wednesday June 19, 2024, at 10:00 a.m.** Only authorized representatives of Mike Ross, Inc. and Crane Holdings, LLC may participate in the auction, and must do so by calling **(866) 675-0153**, **access code: 7747988#.**

   Thomas H. Fluharty, Chapter 7 Trustee
   By Counsel,

/s/ Joe M. Supple
Joe M. Supple (WV Bar # 8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelawoffice.com

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Alderson Broaddus University, Inc. (7072) and Alderson-Broaddus Endowment Corporation (2324).

      I, Joe M. Supple, counsel for the Trustee, certify that a true copy of the foregoing NOTICE OF UPSET BID AND AUCTION was served by this Court's CM/ECF system on June 11, 2024, to all parties having registered in this case under the Court's CM/ECF system.

**I further certify that a true copy of the foregoing notice was served on June 11, 2024 by electronic mail to:**

Mike Ross, Inc.
c/o Earl Maxwell, Esq.
emaxwell@lawofficewv.com

Crane Holdings, LLC
c/o Mr. Greg Mullen
gmullen@cranehill.com


/s/ Joe M. Supple
Joe M. Supple (W.Va. Bar No. 8013)
SUPPLE LAW OFFICE, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
joe.supple@supplelawoffice.com