IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**In re:**

**ALDERSON BROADDUS UNIVERSITY, INC., ET AL.,**   Case No. 23-00427
                                                  Chapter 7
**Debtors.**[1]

## MOTION FOR ENTRY OF AMENDED SALE ORDER
## ON TRUSTEE'S OMNIMBUS MOTION TO SELL PROPERTY

Thomas H. Fluharty, Chapter 7 Trustee for the administratively consolidated bankruptcy estates of Alderson Broaddus University, Inc. ("ABU") and Alderson-Broaddus Endowment Corporation ("ABEC"), by Counsel Joe M. Supple, files this motion seeking entry of an amended sale order approving Trustee's Omnibus Motion to Sell Property [Doc. # 195]. In support of his motion, the Trustee states as follows:

1.    On May 13, 2024, the Trustee filed Trustee's Omnibus Motion to Sell Property [Doc. # 195] ("Motion"). In the Motion, the Trustee sought to sell various items of real and personal property to Mike Ross, Inc. The Trustee also filed a Notice of Sale and Opportunity to Submit Upset Bids [Doc. # 203] ("Notice"). The Notice set forth the minimum alternative bid that the Trustee would consider for each item being sold. The Notice further provided for an upset bid deadline of June 3, 2024.

2.    On May 23, 2024, the Trustee received an upset bid in the amount of $19,000.00 for the Mutschelknaus Coal interests and $2,000.00 for Coal, Oil, Gas Outside WV. Both bids

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Alderson Broaddus University, Inc. (7072) and Alderson-Broaddus Endowment Corporation (2324).

1

were made by Crane Holdings, LLC and were for an amount equal to the minimum alternative bid. The trustee accepted Crane Holdings, LLC as a qualified bidder.

3. The Trustee, by his counsel, did not immediately notify the Court of the upset bids because the upset bid deadline had not passed for all the items being sold.

4. On June 7, 2024, after the objection deadline passed, this Court entered the proposed sale order that had been filed with the Motion.

5. The Trustee respectfully requests that the Court enter an amended sale order that approves the sale of all items, except for the Mutschelknaus Coal interests and Coal, Oil, Gas Outside WV.

6. The Trustee has scheduled a telephonic auction of the Mutschelknaus Coal interests and Coal, Oil, Gas Outside WV to be held on June 19, 2024.

7. After the auction, the Trustee will submit a supplemental proposed order approving the sale of the Mutschelknaus Coal interests and Coal, Oil, Gas Outside WV to the highest bidder.

WHEREFORE, the Trustee prays for entry of an amended order approving sale.

Thomas H. Fluharty
Chapter 7 Trustee
By Counsel,

/s/ Joe M. Supple
Joe M. Supple (WV Bar #8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelawoffice.com

## CERTIFICATE OF SERVICE

I, Joe M. Supple, counsel for the Trustee, certify that a true copy of the foregoing

MOTION FOR ENTRY OF AMENDED SALE ORDER ON TRUSTEE'S OMNIMBUS MOTION TO SELL PROPERTY was served by this Court's CM/ECF system on June 11, 2024, to all parties having registered in this case under the Court's CM/ECF system.

/s/ Joe M. Supple
Joe M. Supple (WV Bar #8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304.675.6249
joe.supple@supplelawoffice.com