# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424–2 | User: ad | Date Created: 6/12/2024 |
| Case: 2:23–bk–00427 | Form ID: pdfdoc | Total: 26 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion04.ct.ecf@usdoj.gov |
| tr  | Thomas Fluharty | thfaal@aol.com |
| aty | Anthony J Majestro | amajestro@powellmajestro.com |
| aty | Bruce Michael Jacobs | bjacobs@spilmanlaw.com |
| aty | Gary O. Kinder | gary.o.kinder@usdoj.gov |
| aty | Joe M. Supple | info@supplelawoffice.com |
| aty | Michael R. Proctor | mproctor@bowlesrice.com |
| aty | Morgan McKee | morgan.mckee@usdoj.gov |
| aty | Sarah C. Ellis | sarah.ellis@steptoe–johnson.com |
| aty | Spencer D. Elliott | selliott@lewisgianola.com |
| aty | Steven L. Thomas | sthomas@kaycasto.com |
| aty | Thomas Fluharty | thfaal@aol.com |

TOTAL: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db  | Alderson Broaddus University Inc. | P O Box 2035    Philippi, WV 26416 |
| cr  | Teresa Vanalsburg   c/o Spencer D. Elliott   Lewis Gianola PLLC   300 Summers Street, Suite 700   Charleston, WV 25301 | |
| acc | Brown, Edwards & Company, L.L.P   3906 Electric Road   Roanoke, VA 24018 | |
| db  | Alderson–Broaddus Endowment Corporation   101 College Hill Dr.   Philippi, WV 26416 | |
| cr  | United States Department of Agriculture, Farm Service Agency   1550 Earl L. Core Rd   Suite 102   Morgantown, WV 26505–5920 | |
| cr  | United States Health Resources and Services Administration   5600 Fishers Lane   Rockville, MD 20857 | |
| cr  | Samantha Croston   c/o Spencer D. Elliott   Lewis Gianola PLLC   300 Summers Street, Suite 700   Charleston, WV 25301 | |
| cr  | DACK Investments, LLC   c/o Michael Proctor / Bowles Rice LLP   1800 Main St, Ste 200   Canonsburg, PA 15317 | |
| acc | Kelli Cobb   Smith, Elliott & Kearns & Company, LLC   19405 Emerald Square   Suite 1400   Hagerstown, MD 21742 | |
| cr  | Christopher Brian Knotts   Post Office Box 455   Anmoore, WV 26323–0455 | |
| aty | Jami B. Nimeroff   Brown McGarry Nimeroff LLC   Two Penn Center, Suite 610   1500 John F. Kennedy Blvd   Philadelphia, PA 19102 | |
|     | Mike Ross, Inc.   29 Martin St   Buckhannon, WV 26201 | |
|     | Mike Ross, Inc.   345 Moton Avenue   Buckhannon, WV 26201 | |
|     | Crane Holdings, LLC   c/o Mr. Greg Mullen   5206 McKinney Ave   Dallas, TX 75205 | |

TOTAL: 14