**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| In Re: Alderson Broaddus University, Inc. | Case No..: 23-00427 |
| Alderson Broaddus Endowment Corporation | Case No.: 23-00534 |
| Debtor. | Chapter 7 |

**ORDER AUTHORIZING THE TRUSTEE'S MOTION**
**TO SELL PROPERTY FREE AND CLEAR**
**OF LIENS ON THE OPEN MARKET,**
**PAY COSTS AND RELATED RELIEF**

On this day came the Trustee, in person, and as counsel for the Trustee pursuant to his Motion to Sell Property Free and Clear of Liens on the Open Market, Pay Costs and Related Relief.

The Court being of the opinion that the requests for relief is well taken and it not appearing that there could be a reasonable objection to be raised to the relief, the Court finds and orders as follows:

1. The Debtor[2] filed a petition under Chapter 7 of the Bankruptcy Code on August 31, 2023 and Alderson Broaddus Endowment Corporation filed its petition on November 1, 2023 (the "Petition Date").

2. Assets of the bankruptcy estate including three (3) accounts at BNY Mellon. The Trustee attaches the first page of an account statement for each account.

3. The Debtor is the sole owner of the property.

4. There are no known secured claims against the property.

5. The Trustee pursuant to 11 U.S.C. §704 has the duty to collect and reduce to money

---

[2] As used herein, the term "Debtor" shall include a single debtor or joint debtors, as the case may be.

the property of the estate.

It is, accordingly, **ADJUDGED, ORDERED and DECREED** that the Trustee be and is hereby authorized to liquidate the accounts described in the Motion, to utilize the service of BNY Mellon and/or Hirtle Callaghan to facilitate the liquidation of the accounts subject to their control, to pay the reasonable costs and fees to effect a sale and to generally do and undertake such steps as are reasonably necessary to effect a sale.

It is further, **ADJUDGED, ORDERED and DECREED** that Once the sale is completed, the Trustee is further authorized to instruct BNY Mellon to transfer the proceeds of the sale to an account established for the purpose of receiving the proceeds of sales of the Debtor's assets. Finally, after all funds have been transferred out of the BNY Mellon accounts, the Trustee is authorized to do and undertake such steps as are reasonably necessary to close the BNY Mellon accounts.

Submitted by:

  /s/ Thomas H. Fluharty
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
(302) 624-7832