

David L. Bissett
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHEN DISTRICT OF WEST VIRGINIA

**In re:**

**ALDERSON BROADDUS UNIVERSITY INC.**     Case No. 23-00427
                                          Chapter 7
    **Debtor.**

**ORDER GRANTING FIRST AND FINAL APPLICATION OF JOE M. SUPPLE, SPECIAL COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED IN THE ALERSON BROADDUS ENDOWMENT CORPORTION CASE**

    Pending is the Application of Joe M. Supple, special counsel to the Trustee, for approval and payment of legal fees in the amount $46,530.00 and reimbursement of expenses in the amount of $484.42 for legal services rendered by Supple for the benefit of the Alderson Broaddus Endowment Corporation ("ABEC") bankruptcy estate from November 1, 2023 through December 8, 2024. On November 22, 2023, this Court approved the employment of Joe M. Supple in the ABEC bankruptcy case at the rate of $400.00 per hour and paralegals at the rate of $150.00 per hour, plus expenses incurred.

    The Court finding good cause to grant the application does accordingly,

    **ORDER** that the Final Application for approval and payment of fees of special counsel for the Trustee in the amount of $46,530.00 and reimbursement of expenses in the amount of $484.42 for legal services rendered by Supple for the benefit of the ABEC bankruptcy estate from November 1, 2023 through December 8, 2024 is **GRANTED**.  The Trustee is authorized to pay the approved fees and expenses from funds held by the Trustee.

Prepared By:


/s/ Joe M. Supple
Joe M. Supple (WV Bar # 8013)
Supple Law Office, PLLC
801 Viand Street
Point Pleasant, WV 25550
304-675-6249
*Special Counsel to the Chapter 7 Trustee*