| | | Claim as Filed | | | | | | Claim Treatment as Proposed by Trustee | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim No. | Name | Salary | 403(B) | Other Benefit | Undeposited Taxes | Vacation | Total | Salary | 403(B) | Other Benefit | Undeposited Taxes | Vacation | Unsecured | Hourly Rate |
| 70 | Barry, James T. | $ 0.00 | $ 0.00 | $6,331.56 | $ 0.00 | $ 0.00 | $ 6,331.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 6,331.56 | N/A |
| 9 | Bodkins, Carrie | $1,966.12 | $ 0.00 | $0,000.00 | $ 0.00 | $18,462.72 | $20,428.84 | $1,538.56 | $ 847.55 | $ 0.00 | $ 0.00 | $ 4,615.68 | $13,440.12 | $48.08 |
| 76 | Bryant, Lora | $1,707.39 | $ 9,317.79 | $0,000.00 | $ 8,282.74 | $ 7,128.61 | $17,436.53 | $ 706.24 | $ 326.01 | $ 0.00 | $ 0.00 | $ 2,118.72 | $14,427.05 | $22.07 |
| 4 | Bucklew, Andrea J | $3,076.80 | $ 0.00 | $0,000.00 | $ 0.00 | $33,844.80 | $39,936.00 | $3,076.80 | $ 0.00 | $ 0.00 | $ 0.00 | $ 9,230.40 | $27,628.80 | $96.15 |
| 6 | Bucklew, Andrea J | $ 0.00 | $ 2,691.80 | $0,000.00 | $ 0.00 | $ 0.00 | $ 2,691.80 | $ 0.00 | $1,657.18 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 8 | Burda, Edward Paul | $ 599.36 | $ 0.00 | $0,000.00 | $ 0.00 | $ 7,200.64 | $ 7,800.00 | $ 599.36 | $ 368.95 | $ 0.00 | $ 0.00 | $ 1,798.08 | $ 5,033.61 | $18.73 |
| 78 | Franke, Danny Lee | $ 0.00 | $ 507.24 | $0,000.00 | $ 0.00 | $ 0.00 | $ 608.78 | $ 0.00 | $ 520.36 | $ 101.54 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 68 | Hively, Karla Renee | $ 700.43 | $ 258.67 | $0,000.00 | $ 0.00 | $ 6,465.17 | $ 7,424.27 | $ 700.43 | $ 258.67 | $ 0.00 | $ 0.00 | $ 1,680.56 | $ 4,784.61 | $17.51 |
| 87 | Leach, Deanna | $1,667.20 | $ 1,125.36 | $0,000.00 | $ 0.00 | $15,917.33 | $17,042.69 | $1,667.20 | $1,026.20 | $ 0.00 | $ 0.00 | $ 5,001.60 | $ 9,347.69 | $52.10 |
| 7 | Mayle, Chelsea | 646.08 | $ 0.00 | $0,000.00 | $ 0.00 | $ 6,521.87 | $ 7,167.45 | $ 646.08 | $ 198.86 | $ 0.00 | $ 0.00 | $ 1,938.24 | $ 4,384.27 | $20.19 |
| 24 | Mayle, Timmy L. | $ 322.50 | $ 142.95 | $0,000.00 | $ 0.00 | $ 2,902.00 | $ 3,367.95 | $ 322.50 | $ 150.77 | $ 0.00 | $ 0.00 | $ 1,032.00 | $ 1,862.68 | $10.75 |
| 95 | McVicker, Theresa D | $ 371.52 | $ 355.08 | $0,000.00 | $ 0.00 | $ 4,458.24 | $ 5,184.84 | $ 507.20 | $ 273.20 | $ 0.00 | $ 0.00 | $ 1,521.60 | $ 2,882.84 | $15.85 |
| 81 | Northey, Phillip P | $1,384.64 | $ 1,571.52 | $0,000.00 | $ 0.00 | $ 1,401.52 | $ 4,357.68 | $1,384.64 | $ 639.19 | $ 0.00 | $ 0.00 | $ 1,491.52 | $ 842.33 | $43.27 |
| 86 | O'Conner, Austin H | $ 0.00 | $ 7,256.58 | $0,000.00 | $ 0.00 | $ 0.00 | $ 7,256.58 | $ 0.00 | $2,674.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 4,581.88 | N/A |
| 69 | Owston, James Martin | $ 0.00 | $ 686.52 | $0,000.00 | $ 0.00 | $15,507.54 | $16,194.06 | $ 0.00 | $ 704.28 | $ 0.00 | $ 0.00 | $ 3,923.52 | $11,566.26 | $40.87 |
| 96 | Rodimtseva, Irina V | $ 0.00 | $12,767.70 | $0 000.00 | $ 0.00 | $ 0.00 | $12,767.70 | $ 0.00 | $ 308.75 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 72 | Rogers, Stacey M. | $ 553.60 | $ 0.00 | $0,000.00 | $ 0.00 | $ 3,481.08 | $ 4,034.68 | $ 553.60 | $ 255.69 | $ 0.00 | $ 0.00 | $ 1,661.76 | $ 1,563.67 | $17.31 |
| 98 | Rosier, Emily J | $ 653.76 | $ 1,601.98 | $0,000.00 | $ 0.00 | $ 7,191.36 | $ 9,447.10 | $ 653.76 | $ 301.85 | $ 0.00 | $ 0.00 | $ 1,961.28 | $ 6,530.21 | $20.43 |
| 12 | Saffle, Jesse E. | $ 496.80 | $ 454.13 | $0,000.00 | $ 0.00 | $ 4,901.76 | $ 5,852.69 | $ 496.80 | $ 307.36 | $ 0.00 | $ 0.00 | $ 1,467.84 | $ 3,580.69 | $16.56 |
| 61 | Satzer, Nathan | $ 0.00 | $ 195.78 | $0,000.00 | $ 7,323.93 | $ 0.00 | $ 8,138.50 | $ 0.00 | $ 301.27 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 62 | Satzer, Neeley | $ 0.00 | $ 356.92 | $0,000.00 | $10,873.34 | $ 0.00 | $16,676.64 | $ 0.00 | $ 549.23 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 63 | Sisk, Kari | $ 0.00 | $ 225.86 | $0,000.00 | $ 0.00 | $ 0.00 | $ 225.86 | $ 0.00 | $ 347.56 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 111 | Tallman, Tammy Jean | $ 0.00 | $ 302.11 | $0,000.00 | $ 0.00 | $ 0.00 | $ 302.11 | $ 0.00 | $ 144.78 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | N/A |
| 2 | Tallman, Lawrence J | $1,230.72 | $ 559.38 | $0,000.00 | $ 0.00 | $14,768.46 | $16,558.56 | $1,230.72 | $ 573.85 | $ 0.00 | $ 0.00 | $ 3,692.16 | $10,791.83 | $38.46 |
| 56 | Walters, Cary L. | $ 923.07 | $ 454.14 | $0,000.00 | $ 7,619.90 | $10,153.79 | $19,150.90 | $ 923,07 | $ 284.08 | $ 0.00 | $ 0.00 | $ 2,769.60 | $11,174.15 | $28.85 |
| 25 | Wolfe, Kathy Dawn | $ 448.00 | $ 380.80 | $0,000.00 | $ 0.00 | $ 5,376.00 | $6,204.80 | $ 448.00 | $ 355.66 | $ 0.00 | $ 0.00 | $ 1,344.00 | $ 4,057.14 | $14.00 |



Case 2:23-bk-00427   Claim 31 Part 2   Filed 08/09/24   Desc Attachment 1   Page 6 of 8

Case No. 2:23-BK-00427
Chapter 7
Alderson Broaddus University, Inc.
Proof of Claim Breakdown by Participant
General Unsecured and Priority Unsecured
Alderson Broaddus University 403(B) DC Plan

| PARTICIPANT: | 7/21/2023 Pay Date - PPE 7/14/23 | | | 8/4/2023 Pay Date - PPE 7/28/23 | | | 8/18/2023 Pay date - PPE 8/11/23 | | | DELINQUENT CONTRIBUTIONS | INTEREST | TOTAL OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SRA | TSA | TSAP | SRA | TSA | TSAP | SRA | TSA | TSAP | | | |
| 1 | $67.31 | $0.00 | $0.00 | $67.31 | $0.00 | $0.00 | $67.31 | $0.00 | $0.00 | $201.93 | $5.22 | $207.15 |
| 2 | $116.67 | $634.48 | $0.00 | $116.67 | $634.48 | $0.00 | $116.67 | $634.48 | $0.00 | $2,253.45 | $58.31 | $2,311.76 |
| 3 | $230.77 | $44.62 | $0.00 | $230.77 | $44.62 | $0.00 | $230.77 | $44.62 | $0.00 | $826.17 | $21.38 | $847.55 |
| 4 | $149.59 | $0.00 | $49.86 | $184.62 | $0.00 | $61.54 | $184.62 | $0.00 | $61.54 | $691.77 | $17.90 | $709.67 |
| 5 | $79.92 | $0.00 | $13.32 | $79.92 | $0.00 | $13.32 | $79.92 | $0.00 | $13.32 | $279.72 | $7.24 | $286.96 |
| 6 | $71.87 | $0.00 | $0.00 | $72.70 | $0.00 | $0.00 | $37.39 | $0.00 | $0.00 | $181.96 | $4.71 | $186.67 |
| 7 | $44.02 | $0.00 | $0.00 | $44.08 | $0.00 | $0.00 | $44.52 | $0.00 | $0.00 | $132.62 | $3.43 | $136.05 |
| 8 | $105.93 | $0.00 | $0.00 | $105.93 | $0.00 | $0.00 | $105.93 | $0.00 | $0.00 | $317.79 | $8.22 | $326.01 |
| 9 | $461.54 | $0.00 | $76.92 | $461.54 | $0.00 | $76.92 | $461.54 | $0.00 | $76.92 | $1,615.38 | $41.80 | $1,657.18 |
| 10 | $89.91 | $0.00 | $29.97 | $89.91 | $0.00 | $29.97 | $89.91 | $0.00 | $29.97 | $359.64 | $9.31 | $368.95 |
| 11 | $124.91 | $1,081.47 | $20.82 | $124.91 | $1,081.47 | $20.82 | $124.91 | $1,081.47 | $20.82 | $3,681.60 | $95.26 | $3,776.86 |
| 12 | $128.58 | $0.00 | $0.00 | $128.58 | $0.00 | $0.00 | $128.58 | $0.00 | $0.00 | $385.74 | $9.98 | $395.72 |
| 13 | $109.62 | $0.00 | $0.00 | $109.62 | $0.00 | $0.00 | $109.62 | $0.00 | $0.00 | $328.86 | $8.51 | $337.37 |
| 14 | $112.66 | $0.00 | $18.78 | $112.66 | $0.00 | $18.78 | $112.66 | $0.00 | $18.78 | $394.32 | $10.20 | $404.52 |
| 15 | $87.69 | $0.00 | $0.00 | $57.69 | $0.00 | $0.00 | $57.69 | $0.00 | $0.00 | $203.07 | $5.25 | $208.32 |
| 16 | $80.77 | | | $40.38 | $0.00 | $0.00 | $0.00 | $0.00 | | $121.15 | $3.13 | $124.28 |
| 17 | $128.19 | $0.00 | $0.00 | $128.19 | $0.00 | $0.00 | $128.19 | $0.00 | $0.00 | $384.57 | $9.95 | $394.52 |
| 18 | $88.01 | $0.00 | $0.00 | $88.01 | $0.00 | $0.00 | $88.01 | $0.00 | $0.00 | $264.03 | $6.83 | $270.86 |
| 19 | $70.20 | $0.00 | $0.00 | $68.06 | $0.00 | $0.00 | $60.92 | $0.00 | $0.00 | $199.18 | $5.15 | $204.33 |
| 20 | $112.72 | $0.00 | $56.36 | $112.72 | $0.00 | $56.36 | $112.72 | $0.00 | $56.36 | $507.24 | $13.12 | $520.36 |
| 21 | $116.91 | $0.00 | $77.94 | $116.91 | $0.00 | $77.94 | $116.91 | $0.00 | $77.94 | $584.55 | $15.12 | $599.67 |
| 22 | $104.88 | $0.00 | $0.00 | $104.88 | $0.00 | $0.00 | $104.88 | $0.00 | $0.00 | $314.64 | $8.14 | $322.78 |
| 23 | $70.15 | $0.00 | $0.00 | $70.71 | $0.00 | $0.00 | $65.84 | $0.00 | $0.00 | $206.70 | $5.35 | $212.05 |
| 24 | $367.59 | $680.00 | $0.00 | $367.59 | $680.00 | $0.00 | $367.59 | $680.00 | $0.00 | $3,142.77 | $81.32 | $3,224.09 |
| 25 | $85.05 | $0.00 | $0.00 | $85.05 | $0.00 | $0.00 | $85.05 | $0.00 | $0.00 | $255.15 | $6.60 | $261.75 |
| 26 | $84.05 | $0.00 | $0.00 | $84.05 | $0.00 | $0.00 | $84.05 | $0.00 | $0.00 | $252.15 | $6.52 | $258.67 |
| 27 | $0.00 | $0.00 | $74.58 | $0.00 | $0.00 | $74.58 | $0.00 | $0.00 | $74.58 | $223.74 | $5.79 | $229.53 |

1

Case No. 2:23-BK-00427
Case 2:23-bk-00427    Claim 31 Part 2    Filed 08/09/24    Desc Attachment 1    Page 7 of 8
Alderson Broaddus University, Inc.
Proof of Claim Breakdown by Participant
General Unsecured and Priority Unsecured
Alderson Broaddus University 403(B) DC Plan

| PARTICIPANT: | 7/21/2023 Pay Date - PPE 7/14/23 | | | 8/4/2023 Pay Date - PPE 7/28/23 | | | 8/18/2023 Pay date - PPE 8/11/23 | | | DELINQUENT CONTRIBUTIONS | INTEREST | TOTAL OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SRA | TSA | TSAP | SRA | TSA | TSAP | SRA | TSA | TSAP | | | |
| 28 | $141.86 | $0.00 | $0.00 | $141.86 | $0.00 | $0.00 | $141.86 | $0.00 | $0.00 | $425.58 | $11.01 | $436.59 |
| 29 | $96.15 | | | $96.15 | $0.00 | $0.00 | $96.15 | $0.00 | $0.00 | $288.45 | $7.46 | $295.91 |
| 30 | $83.22 | $0.00 | $0.00 | $83.22 | $0.00 | $0.00 | $83.22 | $0.00 | $0.00 | $249.66 | $6.46 | $256.12 |
| 31 | $90.29 | $0.00 | $0.00 | $90.29 | $0.00 | $0.00 | $90.29 | $0.00 | $0.00 | $270.87 | $7.01 | $277.88 |
| 32 | $46.54 | $0.00 | $0.00 | $46.52 | $0.00 | $0.00 | $21.92 | $0.00 | $0.00 | $114.98 | $2.97 | $117.95 |
| 33 | $126.92 | $0.00 | $0.00 | $126.92 | $0.00 | $0.00 | $126.92 | $0.00 | $0.00 | $380.76 | $9.85 | $390.61 |
| 34 | $250.08 | $0.00 | $83.36 | $250.08 | $0.00 | $83.36 | $250.08 | $0.00 | $83.36 | $1,000.32 | $25.88 | $1,026.20 |
| 35 | $73.30 | $0.00 | $12.22 | $73.93 | $0.00 | $12.32 | $37.04 | $0.00 | $6.17 | $214.98 | $5.56 | $220.54 |
| 36 | $100.53 | $0.00 | $0.00 | $100.53 | $0.00 | $0.00 | $100.53 | $0.00 | $0.00 | $301.59 | $7.80 | $309.39 |
| 37 | $76.09 | $0.00 | $12.68 | $76.09 | $0.00 | $12.68 | $76.09 | $0.00 | $12.68 | $266.31 | $6.89 | $273.20 |
| 38 | $115.38 | $0.00 | $0.00 | $115.38 | $0.00 | $0.00 | $115.38 | $0.00 | $0.00 | $346.14 | $8.96 | $355.10 |
| 39 | $72.50 | $0.00 | $24.17 | $72.69 | $0.00 | $24.23 | $72.00 | $0.00 | $24.00 | $289.59 | $7.49 | $297.08 |
| 40 | $103.85 | $0.00 | $0.00 | $103.85 | $0.00 | $0.00 | $103.85 | $0.00 | $0.00 | $311.55 | $8.06 | $319.61 |
| 41 | $96.92 | $0.00 | $0.00 | $96.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $193.84 | $5.02 | $198.86 |
| 42 | $64.12 | $0.00 | $0.00 | $63.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $127.86 | $3.31 | $131.17 |
| 43 | $49.02 | $0.00 | $0.00 | $49.08 | $0.00 | $0.00 | $48.87 | $0.00 | $0.00 | $146.97 | $3.80 | $150.77 |
| 44 | $49.25 | $0.00 | $0.00 | $46.92 | $0.00 | $0.00 | $21.92 | $0.00 | $0.00 | $118.09 | $3.06 | $121.15 |
| 45 | $44.36 | $0.00 | $29.57 | $43.96 | $0.00 | $29.31 | $22.71 | $0.00 | $15.14 | $185.05 | $4.79 | $189.84 |
| 46 | $300.28 | $0.00 | $0.00 | $300.28 | $0.00 | $0.00 | $300.28 | $0.00 | $0.00 | $900.84 | $23.31 | $924.15 |
| 47 | $133.09 | $0.00 | $0.00 | $133.09 | $0.00 | $0.00 | $133.09 | $0.00 | $0.00 | $399.27 | $10.33 | $409.60 |
| 48 | $207.69 | $0.00 | $0.00 | $207.69 | $0.00 | $0.00 | $207.69 | $0.00 | $0.00 | $623.07 | $16.12 | $639.19 |
| 49 | $109.55 | $759.53 | $0.00 | $109.55 | $759.53 | $0.00 | $109.55 | $759.53 | $0.00 | $2,607.24 | $67.46 | $2,674.70 |
| 50 | $196.15 | $0.00 | $32.69 | $196.15 | $0.00 | $32.69 | $196.15 | $0.00 | $32.69 | $686.52 | $17.76 | $704.28 |
| 51 | $128.19 | $0.00 | $64.10 | $128.19 | $0.00 | $64.10 | $128.19 | $0.00 | $64.10 | $576.87 | $14.93 | $591.80 |
| 52 | $126.92 | $0.00 | $0.00 | $126.92 | $0.00 | $0.00 | $126.92 | $0.00 | $0.00 | $380.76 | $9.85 | $390.61 |
| 53 | $94.47 | $0.00 | $0.00 | $94.47 | $0.00 | $0.00 | $94.47 | $0.00 | $0.00 | $283.41 | $7.33 | $290.74 |
| 54 | $46.55 | $0.00 | $0.00 | $45.94 | $0.00 | $0.00 | $18.92 | $0.00 | $0.00 | $111.41 | $2.88 | $114.29 |

1

Case No. 2:23-BK-00427
Case 2:23-bk-00427   Claim 31 Part 2   Filed 08/09/24   Desc Attachment 1   Page 8 of 8
Alderson Broaddus University, Inc.
Proof of Claim Breakdown by Participant
General Unsecured and Priority Unsecured
Alderson Broaddus University 403(B) DC Plan

| PARTICIPANT: | 7/21/2023 Pay Date - PPE 7/14/23 | | | 8/4/2023 Pay Date - PPE 7/28/23 | | | 8/18/2023 Pay date - PPE 8/11/23 | | | DELINQUENT CONTRIBUTIONS | INTEREST | TOTAL OWED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SRA | TSA | TSAP | SRA | TSA | TSAP | SRA | TSA | TSAP | | | |
| 55 | $126.92 | $200.00 | $0.00 | $126.92 | $200.00 | $0.00 | $126.92 | $200.00 | $0.00 | $980.76 | $25.38 | $1,006.14 |
| 56 | $100.32 | $0.00 | $0.00 | $100.32 | $0.00 | $0.00 | $100.32 | $0.00 | $0.00 | $300.96 | $7.79 | $308.75 |
| 57 | $83.08 | $0.00 | $0.00 | $83.08 | $0.00 | $0.00 | $83.08 | $0.00 | $0.00 | $249.24 | $6.45 | $255.69 |
| 58 | $98.08 | $0.00 | $0.00 | $98.08 | $0.00 | $0.00 | $98.08 | $0.00 | $0.00 | $294.24 | $7.61 | $301.85 |
| 59 | $74.55 | $0.00 | $24.85 | $73.95 | $0.00 | $24.65 | $76.21 | $0.00 | $25.40 | $299.61 | $7.75 | $307.36 |
| 60 | $97.89 | $0.00 | $0.00 | $97.89 | $0.00 | $0.00 | $97.89 | $0.00 | $0.00 | $293.67 | $7.60 | $301.27 |
| 61 | $111.54 | $0.00 | $66.92 | $111.54 | $0.00 | $66.92 | $111.54 | $0.00 | $66.92 | $535.38 | $13.85 | $549.23 |
| 62 | $67.10 | $0.00 | $0.00 | $71.64 | $0.00 | $0.00 | $69.29 | $0.00 | $0.00 | $208.03 | $5.38 | $213.41 |
| 63 | $0.00 | $0.00 | $26.92 | $0.00 | $0.00 | $26.92 | $0.00 | $0.00 | $26.92 | $80.76 | $2.09 | $82.85 |
| 64 | $92.31 | $0.00 | $0.00 | $144.23 | $0.00 | $0.00 | $144.23 | $0.00 | $0.00 | $380.77 | $9.85 | $390.62 |
| 65 | $40.54 | $0.00 | $0.00 | $41.97 | $0.00 | $0.00 | $37.88 | $0.00 | $0.00 | $120.39 | $3.11 | $123.50 |
| 66 | $112.93 | $0.00 | $0.00 | $112.93 | $0.00 | $0.00 | $112.93 | $0.00 | $0.00 | $338.79 | $8.77 | $347.56 |
| 67 | $118.49 | $0.00 | $0.00 | $118.49 | $0.00 | $0.00 | $108.49 | $0.00 | $0.00 | $345.47 | $8.94 | $354.41 |
| 68 | $69.92 | $0.00 | $0.00 | $69.92 | $0.00 | $0.00 | $69.92 | $0.00 | $0.00 | $209.76 | $5.43 | $215.19 |
| 69 | $186.46 | $0.00 | $0.00 | $186.46 | $0.00 | $0.00 | $186.46 | $0.00 | $0.00 | $559.38 | $14.47 | $573.85 |
| 70 | $56.03 | $0.00 | $0.00 | $57.83 | $0.00 | $0.00 | $27.27 | $0.00 | $0.00 | $141.13 | $3.65 | $144.78 |
| 71 | $65.42 | $0.00 | $0.00 | $83.08 | $0.00 | $0.00 | $83.08 | $0.00 | $0.00 | $231.58 | $5.99 | $237.57 |
| 72 | $138.46 | $0.00 | $0.00 | $138.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $276.92 | $7.16 | $284.08 |
| 73 | $160.71 | $0.00 | $26.78 | $160.71 | $0.00 | $26.78 | $160.71 | $0.00 | $26.78 | $562.47 | $14.55 | $577.02 |
| 74 | $194.47 | $0.00 | $0.00 | $194.47 | $0.00 | $0.00 | $194.47 | $0.00 | $0.00 | $583.41 | $15.09 | $598.50 |
| 75 | $99.79 | $150.00 | $0.00 | $99.79 | $150.00 | $0.00 | $101.87 | $150.00 | $0.00 | $751.45 | $19.44 | $770.89 |
| 76 | $71.70 | $0.00 | $47.80 | $73.84 | $0.00 | $49.22 | $35.16 | $0.00 | $23.44 | $301.16 | $7.79 | $308.95 |
| 77 | $69.90 | $0.00 | $46.60 | $70.91 | $0.00 | $47.28 | $67.20 | $0.00 | $44.80 | $346.69 | $8.97 | $355.66 |
| 78 | $128.19 | $0.00 | $0.00 | $128.19 | $0.00 | $0.00 | $128.19 | $0.00 | $0.00 | $384.57 | $9.95 | $394.52 |
| 79 | $78.85 | $0.00 | $0.00 | $78.85 | $0.00 | $0.00 | $78.85 | $0.00 | $0.00 | $236.55 | $6.12 | $242.67 |
| | $2,443.65 | $350.00 | $239.87 | $2,523.55 | $350.00 | $241.77 | $2,300.04 | $350.00 | $214.26 | $39,125.01 | $1,012.31 | $40,137.32 |

1



ABU POC List of names

| POC # | PARTICIPANT NAME: | |
|---|---|---|
| | LAST | FIRST |
| 1 | Alvut | Emily |
| 2 | Anderson | Adam |
| 3 | Bodkins | Carrie |
| 4 | Boehke | Michael |
| 5 | Bracey | Susan |
| 6 | Bracken | Roger |
| 7 | Bracken | Teresa |
| 8 | Bryant | Lora |
| 9 | Bucklew | Andrea |
| 10 | Burda | Edward |
| 11 | Chen | Yi |
| 12 | Criss | LyCricia |
| 13 | Cross | Sarah |
| 14 | Davies | John |
| 15 | Davis | Hunter |
| 16 | Devilbiss | Tucker |
| 17 | Dye | Stephen |
| 18 | Elza-Wilkie | Kimberly |
| 19 | Foster | Shawn |
| 20 | Franke | Danny |
| 21 | Gorugantu | Sobha |
| 22 | Grassi | Kristi |
| 23 | Guire | Sondra |
| 24 | Hicks | John |
| 25 | Hill | Jacob |
| 26 | Hively | Karla |
| 27 | Hostetler | Chad |
| 28 | Hoxie | David |
| 29 | Hoxie | Rebekah |
| 30 | Hulme | Jaron |
| 31 | Klaus | William |
| 32 | Knight | Ellen |
| 33 | Kochka | Michael |
| 34 | Leach | Deanna |
| 35 | McDonald | Roger |
| 36 | McKinney | Kayla |
| 37 | McVicker | Theresa |
| 38 | Mallonee | Robert |
| 39 | Marsh | Anna |
| 40 | Marshburn | Kevin |
| 41 | Mayle | Chelsea |
| 42 | Mayle | Tammy |
| 43 | Mayle | Timmy |
| 44 | Mitchell | Mahala |
| 45 | Mitchell | Melissa |

| | | |
|---|---|---|
| 46 | Moore | Thomas |
| 47 | Moyer | Jeffrey |
| 48 | Northey | Phillip |
| 49 | O'Connor | Austin |
| 50 | Owston | James |
| 51 | Parker | Kenneth |
| 52 | Perotti | Matthew |
| 53 | Propst | Daniel |
| 54 | Rabren | Catherine |
| 55 | Raol | Marcie |
| 56 | Rodimtsev | Irina |
| 57 | Rogers | Stacey |
| 58 | Rosier | Emily |
| 59 | Saffle | Jesse |
| 60 | Satzer | Nathan |
| 61 | Satzer | Neeley |
| 62 | Shiflett | Kelli |
| 63 | Short | Trey |
| 64 | Shumway | Rebecca |
| 65 | Simmons | Melissa |
| 66 | Sisk | Kari |
| 67 | Starr | Charlie |
| 68 | Stewart | Ashleigh |
| 69 | Tallman | Lawrence |
| 70 | Tallman | Tammy |
| 71 | Vida | Jessica |
| 72 | Walters | Cary |
| 73 | Weaver | Carolyn |
| 74 | Winter | Kristen |
| 75 | Woiciechow | Igor |
| 76 | Wolfe | Barry |
| 77 | Wolfe | Kathy |
| 78 | Wright | Victor |
| 79 | Yancey | April |