IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Alderson Broaddus University, Inc.        Case No.: 23-00427
        Alderson Broaddus Endowment               Case No.: 23-00534
              Corporation
                                                  Chapter 7
              Debtor.

## REPORT OF SALE

DATE OF SALE:                January 15, 2025

TYPE OF SALE:                Public Sale

PROPERTY SOLD:   BNY Mellon +/or Hirtle Callaghan & Co: acct #10583111380 includes "cash & cash equivalents, 3 private equity funds & cash" /  Acct 10583111390 "Self Dir" includes cash & cash equivalents & Equities: large & small caps; holds cash and two stocks traded publicly.  Account 1058311410 "cash."

PRICE:                $269,324.69

SALES AGENT, AUCTIONEER, BROKER, ETC.:   Hirtle Callaghan &/or BNY Mellon

DEBTOR'S EXEMPTION:                Not applicable

NET TO ESTATE:                $269,324.69

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE OR DEBTOR:   None

TRUSTEE'S COMPENSATION:                $23,716.23


Date:      February 13     , 2025          /s/ Thomas H. Fluharty
                                           Thomas H. Fluharty, Trustee
                                           WV Bar No.: 1231

                                            408 Lee Avenue
                                           Address

                                            Clarksburg, West Virginia 26301

                                            304-624-7832
                                           Telephone