CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV

FEB 26 2025

Time: 11:04 am/pm

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In re:
**Alderson Broaddus University, Inc.,**
Debtor.

Case No. 2:23-bk-00427
Chapter 7

---

## RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM NO. [2]

(Doc. No. 283, Filed 02/07/2025)

I, **Lawrence Tallman** ("Claimant"), hereby submit this Response to the Trustee's Objection to Claim No. [2] (Doc. No. 283). I respectfully request that the Court **overrule** the Trustee's Objection and **allow my total claim of $16,558.65**—comprised of unpaid vacation pay, regular wages, and retirement benefits—as a **priority wage claim** under **11 U.S.C. § 507(a)(4)**, or at least up to the statutory maximum.

---

## I. BACKGROUND

1. **Termination and Accrued Vacation**
   - I was employed by Alderson Broaddus University, Inc. ("Debtor") until my termination on **August 31, 2023**.
   - At termination, my final pay stub (attached as **Exhibit A**) showed **376 hours** of accrued, unused vacation. On August 31, 2023, I also earned **8 additional hours**, totaling **384 hours** of vacation.
   - My wage rate was **$38.46** per hour, so my total **unpaid vacation pay** is **$14,768.46** (384 hours × $38.46).
2. **Other Wage-Related Amounts**
   - The Trustee has already acknowledged **$1,230.72** as a wage claim and **$573.86** for retirement benefits.
   - Thus, my combined wage-related total (vacation + regular wages + retirement) is **$16,558.65**.
3. **Trustee's Objection and the 12-Day Argument**
   - The Trustee claims only 12 days of vacation could have accrued in the past 180 days under the Debtor's handbook, limiting my priority portion.
   - However, my final pay stub (Exhibit A) clearly shows 384 hours vested as of **August 31, 2023**—the same date as the bankruptcy filing—making the entire amount "earned" within 180 days under **11 U.S.C. § 507(a)(4)**.

---

## II. ARGUMENT

### A. All Accrued Vacation Was Fully "Earned" on August 31, 2023

1. **Vesting at Termination**
   Under West Virginia law and the Debtor's own payroll practice, **all** 384 hours became vested and payable when my employment ended on **August 31, 2023**. Since that is also the **bankruptcy petition date**, the entire sum is "earned within 180 days" for **§ 507(a)(4)** purposes.
2. **Handbook Limit vs. Actual Records**
   The Trustee's reference to a 12-day cap is contradicted by **Exhibit A**, which shows 376 hours accrued before the final day, plus 8 additional hours on August 31. Actual payroll records should control over any theoretical limitation in an outdated handbook.

### B. The Entire $16,558.65 Is Entitled to Priority

1. **Priority Wage Claim and Statutory Cap**
   **11 U.S.C. § 507(a)(4)** accords priority to wages (including vacation pay and certain retirement benefits) earned in the 180 days before filing, up to a monetary cap (approximately $15,150 or higher if adjusted).
   - If the **current** statutory cap covers my full $16,558.65, I request that the full amount be allowed as **priority**.
   - Alternatively, if the cap is lower, I ask for **the maximum** allowable portion to be priority, with any remainder deemed an unsecured claim.
2. **All Components Vested Simultaneously**
   - **Vacation Pay**: $14,768.46
   - **Regular Wages**: $1,230.72
   - **Retirement Benefits**: $573.86
     These amounts all became due on August 31, 2023, and are under the umbrella of wage-related claims protected by **§ 507(a)(4)**.

---

## III. CONCLUSION

For the reasons stated above, I respectfully request that this Court:

1. **Overrule** the Trustee's Objection (Doc. 283) regarding my claim;
2. **Allow** my total **$16,558.65** as a **priority wage claim** under **11 U.S.C. § 507(a)(4)**—or at least **up to the statutory maximum** if the total exceeds the current priority limit; and
3. Grant such other and further relief as the Court deems just and proper.

---

**Date**: 02/20/2025

**Signature**: [signature]

**Printed Name**: Lawrence Jennings Tallman
**Address**: 1938 Trinity Rd. Belington, WV, 26250
**Phone**: (304)642-6370
**Email (if any)**: T43golf@gmail.com

---

## Exhibits

- **Exhibit A**: Final Pay Stub (showing 384 hours of accrued vacation as of August 31, 2023).

---

## Earnings Statement

| | Amt. This Period | Year to Date |
|---|---|---|
| Net Pay | $2,197.92 | $37,004.01 |
| Advice # | 065883 | |

Alderson Broaddus University
101 College Hill Drive
Philippi, WV 26416

**Period Beginning:** 7/29/2023
**Period Ending:** 8/11/2023
**Pay Date:** 8/18/2023

**Employee:** Lawrence J. Tallman
1938 Trinity Road
Belington, WV 26250
**SSN:** XXX-XX-7786
**Employee ID:** 0206873
**Position:** Program Director-Physical Plan

**Federal Withholding Status:** Married
**State Withholding Status:** Married
**State Exemptions:** 0
**Add'l Federal Withholding:** $0.00
**Add'l State Withholding:** $0.00

### Earnings

| Earnings Type | Hours | Rate | This Period | Year To Date |
|---|---|---|---|---|
| Regular Hours | 80.00 | - | $3,107.69 | $52,830.73 |
| | | **Total Gross Pay** | $3,107.69 | $52,830.73 |

### Taxes, Benefits, and Other Deductions

| | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Taxes** | | | | | | |
| Medicare Portion/Fica Taxes | $45.15 | $767.55 | $45.15 | $767.55 | $3,113.84 | $52,935.28 |
| Fica Withholding | $193.06 | $3,282.02 | $193.06 | $3,282.02 | $3,113.84 | $52,935.28 |
| Federal Wh Married Higher | $345.00 | $5,865.00 | - | - | $2,921.23 | $49,660.91 |
| West Virginia State | $124.25 | $2,472.88 | - | - | $2,927.38 | $49,765.46 |
| **Benefits** | | | | | | |
| AD&D | - | - | $0.67 | $11.39 | $3,107.69 | $52,830.73 |
| Life Insurance | - | - | $5.61 | $95.37 | $3,107.69 | $52,830.73 |
| Long Term Disability - Income | - | - | $14.88 | $252.96 | $3,107.69 | $52,830.73 |
| Optional Life Insurance | $15.85 | $269.45 | - | - | $3,107.69 | $52,830.73 |
| Salary Reduction Agreement | $186.46 | $3,169.82 | - | - | $3,107.69 | $52,830.73 |
| Worker's Compensation | - | - | $7.77 | $132.09 | $3,107.69 | $52,830.73 |
| **Totals** | $909.77 | $15,826.72 | $267.14 | $4,541.38 | | |

### Deposit Information

| Bank | Account | Amount |
|---|---|---|
| Freedom Bank | | $250.00 |
| Freedom Bank | | $1,947.92 |

**Leave Used (In Hours)**

| Type | This Period | Remaining |
|---|---|---|
| Vacation | 0.00 | 376.00 |
| Sick | 0.00 | 112.00 |

**Taxable Fringe Benefits**

| Description | Current | YTD |
|---|---|---|
| Life Insurance | $6.15 | $104.55 |

**Certificate of Service (If Required)**

I, Lawrence Tallman certify that on 2/24/25, I served a copy of this Response via [U.S. Mail or ECF] upon:

- **Thomas H. Fluharty, Trustee**
  408 Lee Avenue
  Clarksburg, WV 26301
- **Department of Labor, Attn: Timothy Rowe**
  1335 East-West Highway, Ste 200
  Silver Springs, MD 20810
- **United States Bankruptcy Court**
  P.O. Box 70
  Wheeling, WV 26003

**Signature**: Lawrence J Tallman
Lawrence Tallman, Pro Se

Lawrence J. Tallman
1938 Trinity Rd
Belington, WV 26250
CERTIFIED MAIL®
9589 0710 5270 0604 2460 23
Retail
26003
RDC 99
U.S. POSTAGE PAID
FCM LETTER
BELINGTON, WV 26250
FEB 24, 2025
$9.96
R2305K137514-03
2-26-2025
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF WV
FEB 26 2025
Time: 1P.D.A.T. am/pm
RETURN RECEIPT REQUESTED
United States Bankruptcy Court
P.O. Box 70
Wheeling, WV
26003
RETURN RECEIPT REQUESTED
26003-000870

